## AFFIDAVIT IN SUPPORT OF APPLICATION TO
## PROCEED *IN FORMA PAUPERIS*

06 - 698

I, _Daniel M. Woods_ , being first duly sworn, depose and say that I am the _Plaintiff_ in the above-captioned case; in support of my motion to proceed without paying Court fees and costs, or give security therefore, state:

My date of birth is: _2-6-62_

My current address is: _Delaware Correctional Center_
_1181 Paddock Rd._
_Smyrna, De 19977_

Because of my financial situation, I am unable to pay the costs of this proceeding or give security therefore. In support of that statement, I supply the following information:

1. Nature of claim or defense is: _This is a Civil Rights action do to False impasonment and Violation of The plaintiffs Rights_

2. Presently employed?        Yes _____    No _X_

3. If *Yes*, state: _N/A_

   (a) Name and address of employer: _N/A_

   (b) How often paid: _N/A_

   (c) Take home pay per pay period: _N/A_

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis.*

4. If *No*, state: N/a

    (a) Name and address of last employer: *Self Employed*

    (b) Date of last employment: *2002*

5. State whether you have received any income (dividends, rent, savings interest, etc.), gifts, such as stocks, bonds or cash, from any source in the last twelve months.

Yes _____     No __✗__

6. If *Yes*, state:

    (a) Amount of income or gift, or its value: N/a

    (b) When received: N/a

    (c) From whom or what received: N/a

    (d) Whether regular or one time: N/a

7. List all property owned, whether held in your name alone or jointly with anyone else:

    (a) Real estate: N/a

    (b) Personal property (stocks, bonds, bank accounts, vehicles): N/a

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis.*

(c) Name and address of and relationship to any joint owner, designating which property is jointly owned and name of joint owner: *N/a*

8. If you have a spouse, state: *N/a*

   (a) Amount of any income received: *N/a*

   (b) Source *N/a*

   (c) Frequency income is received: *N/a*

9. If a prisoner, attach Department of Correction certified statement of your inmate account. The summary of your inmate account shall contain all account activity for the 6-month period immediately preceding the filing of the complaint, or for the entire time you have been incarcerated, whichever time is less.

10. If a prisoner, provide the following requested information.

   (a) At any time while incarcerated or detained at any facility, have you previously brought an action or an appeal in a federal court or in any court of this State? *yes*

   (b) If the answer to (a) was yes, identify the court(s) and provide the civil action(s) or appeal number(s) for each case. *Superior Court 05m-08-042 J.R.J*
   *Supreme Court 540, 2006*
   *District Court 05-576 K.A.J*

\* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis.*

(c) If the answer to (a) above was yes, state the outcome of each action or appeal.

*All    Pending*

11. If you are a prisoner **and** your complaint relates to a condition of confinement, you must have fully exhausted all administrative remedies available through the institutional grievance procedure. If you have not fully exhausted your administrative remedies, do not file the complaint in this matter or the motion to proceed in forma pauperis.

If this condition applies to you, state whether you have exhausted all administrative remedies. *Have exhausted all procedures*

If you have fully exhausted all administrative remedies, attach copies of all decisions in the administrative process.

12. If not listed above, state: *N/A*

(a) Amount of any cash held (whether or not in a bank) *N/A*

(b) Bank accounts, listing bank, account number(s) and current balance(s). *N/A*

13. Itemize debts and regular monthly expenses: *N/A*

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis.*

14. List names and addresses of any dependents:

I, _Daniel M. Wood_ , swear or affirm that the above-

information is true and correct and is made under penalty of perjury.

DATED: _11-13-04_

I understand that if the Court directs that I pay certain fees and court costs but dismisses my complaint or claim, the Court keeps power over me until all costs and fees are paid.

SWORN TO AND SUBSCRIBED before me this _14 th_ day of

_November_ , _2006_.

_Osman Sammander_
Title

**OSMAN SAMMANDER**
Notary Public
State of Delaware
My Comm. Expires June 14 2008

Revised 7.17.03

* All requests for information must be supplied, if possible. Failure to supply information may result in denial of your motion to proceed *in forma pauperis*.

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO:     Daniel Woods   SBI#:   16428

FROM:     Stacy Shane, Support Services Secretary

06-698

RE:     **6 Months Account Statement**

DATE:     May 22, 2006

---

Attached are copies of your inmate account statement for the months of
November 1, 2005   to   April 30, 2006

The following indicates the average daily balances.

| **MONTH** | **AVERAGE DAILY BALANCE** |
|---|---|
| Nov | 11.29 |
| Dic | 29.24 |
| Jan | 13.23 |
| Feb | 23.90 |
| march | 23.94 |
| apill | 23.08 |

Average daily balances/6 months:     20.77

Attachments
CC:   File

Stacy Shane
5/22/06

Norm Pili
5/23/06

# Individual Statement

Date Printed: 9/18/2006

Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $16.28 |
|---|---|---|---|---|---|---|
| 00164728 | WOODS | DANIEL | | | | |

Current Location:  D/E

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/2/2006 | ($9.86) | $0.00 | $0.00 | $6.42 | 230076 | | | |
| Canteen | 3/9/2006 | ($0.90) | $0.00 | $0.00 | $5.52 | 232901 | | | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $5.15 | 234676 | | 12/14/05 | |
| Supplies-MailP | 3/10/2006 | ($0.60) | $0.00 | $0.00 | $4.55 | 234677 | | 12/14/05 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $4.18 | 234779 | | 2/6/06 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $3.81 | 234791 | | 12/14/05 | |
| Supplies-MailP | 3/10/2006 | ($2.31) | $0.00 | $0.00 | $1.50 | 234984 | | 2/1/06 | |
| Supplies-MailP | 3/10/2006 | ($1.35) | $0.00 | $0.00 | $0.15 | 234983 | | 2/1/06 | |
| Mail | 3/13/2006 | $15.00 | $0.00 | $0.00 | $15.15 | 235817 | 9616859458 | | C. RICHARDS |
| Mail | 3/15/2006 | $15.00 | $0.00 | $0.00 | $30.15 | 237222 | 9616859447 | | C. RICHARDS |
| Canteen | 3/16/2006 | ($11.01) | $0.00 | $0.00 | $19.14 | 238091 | | | |
| Mail | 3/17/2006 | $35.00 | $0.00 | $0.00 | $54.14 | 238306 | 0494736048 | | R. BYRNE |
| Canteen | 3/23/2006 | ($19.67) | $0.00 | $0.00 | $34.47 | 240219 | | | |
| Canteen | 3/30/2006 | ($19.83) | $0.00 | $0.00 | $14.64 | 242991 | | | |

Ending Mth Balance:    $14.64

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  $0.00

# Individual Statement

Date Printed: 9/18/2006                                                                 Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $14.64 |
|---|---|---|---|---|---|---|
| 00164728 | WOODS | DANIEL | | | | |

Current Location: D/E        Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 4/4/2006 | $0.00 | $0.00 | ($1.35) | $14.64 | 244803 | | | |
| Mail | 4/5/2006 | $25.00 | $0.00 | $0.00 | $39.64 | 246057 | 9340598002 | 3/26/06 | C. RICHARDSON |
| Canteen | 4/6/2006 | ($12.79) | $0.00 | $0.00 | $26.85 | 246329 | | | |
| Mail | 4/11/2006 | $30.00 | $0.00 | $0.00 | $56.85 | 248279 | 0494737335 | | R. BYRNE |
| Canteen | 4/13/2006 | ($19.29) | $0.00 | $0.00 | $37.56 | 249222 | | | |
| Pay-To | 4/13/2006 | ($4.00) | $0.00 | $0.00 | $33.56 | 249775 | | JP COURT #9 | |
| Supplies-MailP | 4/19/2006 | $0.00 | $0.00 | ($1.11) | $33.56 | 250924 | | 4/11/06 | |
| Canteen | 4/20/2006 | ($15.33) | $0.00 | $0.00 | $18.23 | 251862 | | | |
| Supplies-MailP | 4/20/2006 | ($1.11) | $0.00 | $0.00 | $17.12 | 253019 | | 4/11/06 | |
| Supplies-MailP | 4/20/2006 | ($1.35) | $0.00 | $0.00 | $15.77 | 253189 | | 3/26/06 | |
| Supplies-MailP | 4/26/2006 | $0.00 | $0.00 | ($2.07) | $15.77 | 255790 | | 4/20/06 | |
| Supplies-MailP | 4/26/2006 | $0.00 | $0.00 | ($2.07) | $15.77 | 255791 | | 4/20/06 | |
| Canteen | 4/27/2006 | ($15.56) | $0.00 | $0.00 | $0.21 | 255947 | | | |

Ending Mth Balance:        $0.21

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  $0.00

# Individual Statement

Date Printed: 9/18/2006                                                                                    Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.21 |
|---|---|---|---|---|---|---|
| 00164728 | WOODS | DANIEL | | | | |
| Current Location: | D/E | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 5/4/2006 | $30.00 | $0.00 | $0.00 | $30.21 | 259771 | 9616968922 | | R. BRYNE |
| Legal | 5/10/2006 | $0.00 | $0.00 | ($8.56) | $30.21 | 261265 | | | |
| Canteen | 5/11/2006 | ($17.44) | $0.00 | $0.00 | $12.77 | 262120 | | | |
| Supplies-MailP | 5/12/2006 | ($2.07) | $0.00 | $0.00 | $10.70 | 263136 | | 4/20/06 | |
| Supplies-MailP | 5/12/2006 | ($2.07) | $0.00 | $0.00 | $8.63 | 263135 | | 4/20/06 | |
| Legal | 5/12/2006 | ($8.56) | $0.00 | $0.00 | $0.07 | 263470 | | | |
| Supplies-MailP | 5/26/2006 | $0.00 | $0.00 | ($0.39) | $0.07 | 269402 | | 5/19/06 | |
| Mail | 5/31/2006 | $35.00 | $0.00 | $0.00 | $35.07 | 272054 | 49473918 | | UNK |

Ending Mth Balance:     $35.07

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  $0.00

# Individual Statement

Date Printed: 9/18/2006

Page 1 of 1

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $35.07 |
|-----|-----------|------------|----|--------|------------------|--------|
| 00164728 | WOODS | DANIEL | | | | |

Current Location: D/E    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.39) | $35.07 | 273398 | | 4/28/06 | |
| Supplies-MailP | 6/5/2006 | ($0.39) | $0.00 | $0.00 | $34.68 | 274512 | | 5/19/06 | |
| Supplies-MailP | 6/5/2006 | ($0.39) | $0.00 | $0.00 | $34.29 | 274879 | | 4/28/06 | |
| Pay-To | 6/5/2006 | $8.56 | $0.00 | $0.00 | $42.85 | 275013 | | VOID CK #12006 LEG | |
| Pay-To | 6/5/2006 | $4.00 | $0.00 | $0.00 | $46.85 | 275014 | | VOID CK #11475 LEG | |
| Canteen | 6/8/2006 | ($19.91) | $0.00 | $0.00 | $26.94 | 276945 | | | |
| Supplies-MailP | 6/8/2006 | $0.00 | $0.00 | ($0.39) | $26.94 | 277400 | | 5/28/06 | |
| Supplies-MailP | 6/9/2006 | ($0.39) | $0.00 | $0.00 | $26.55 | 277665 | | 5/28/06 | |
| Canteen | 6/15/2006 | ($17.79) | $0.00 | $0.00 | $8.76 | 279809 | | | |
| Canteen | 6/22/2006 | ($8.72) | $0.00 | $0.00 | $0.04 | 282529 | | | |

Ending Mth Balance: $0.04

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 9/18/2006                                                                 Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.04 |
|---|---|---|---|---|---|---|
| 00164728 | WOODS | DANIEL | | | | |
| Current Location: | D/E | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 7/3/2006 | $30.00 | $0.00 | $0.00 | $30.04 | 286826 | 0494740647 | | R. BYRNE |
| Canteen | 7/6/2006 | ($18.24) | $0.00 | $0.00 | $11.80 | 288400 | | | |
| Canteen | 7/13/2006 | ($11.43) | $0.00 | $0.00 | $0.37 | 290954 | | | |
| Mail | 7/19/2006 | $20.00 | $0.00 | $0.00 | $20.37 | 294792 | 10028742254 | | C. ROBERTS |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.26) | $20.37 | 295947 | 3/31/06 | LAW LIBRARY | |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.26) | $20.37 | 295950 | 4/11/06 | LAW LIBRARY | |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.26) | $20.37 | 295952 | 4/17/06 | LAW LIBRARY | |
| Supplies-MailP | 7/24/2006 | $0.00 | $0.00 | ($0.13) | $20.37 | 295969 | 6/19/06 | LAW LIBRARY | |
| Canteen | 7/27/2006 | ($19.41) | $0.00 | $0.00 | $0.96 | 297869 | | | |

Ending Mth Balance:    $0.96

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  $0.00

# Individual Statement

## For Month of August 2006

Date Printed: 9/18/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.96 |
|---|---|---|---|---|---|---|
| 00164728 | WOODS | DANIEL | | | | |

Current Location: D/E

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 8/2/2006 | $35.00 | $0.00 | $0.00 | $35.96 | 300976 | 0494741943 | | R. BYRNE |
| Mail | 8/2/2006 | $300.00 | $0.00 | $0.00 | $335.96 | 301085 | 9870905597 | | T. PINE |
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($0.39) | $335.96 | 303897 | | 8/7/06 | |
| Supplies-MailP | 8/10/2006 | $0.00 | $0.00 | ($0.63) | $335.96 | 303952 | | 8/2/06 | |
| Supplies-MailP | 8/10/2006 | $0.00 | $0.00 | ($0.39) | $335.96 | 303990 | | 8/8/06 | |
| Canteen | 8/10/2006 | ($20.00) | $0.00 | $0.00 | $315.96 | 304145 | | | |
| Supplies-MailP | 8/10/2006 | $0.00 | $0.00 | ($0.39) | $315.96 | 304731 | | 8/1/06 | |
| Supplies-MailP | 8/11/2006 | ($0.26) | $0.00 | $0.00 | $315.70 | 305356 | 3/31/06 | LAW LIBRARY | |
| Supplies-MailP | 8/11/2006 | ($0.26) | $0.00 | $0.00 | $315.44 | 305358 | 4/11/06 | LAW LIBRARY | |
| Supplies-MailP | 8/11/2006 | ($0.26) | $0.00 | $0.00 | $315.18 | 305360 | 4/17/06 | LAW LIBRARY | |
| Supplies-MailP | 8/11/2006 | ($0.13) | $0.00 | $0.00 | $315.05 | 305368 | 6/19/06 | LAW LIBRARY | |
| Supplies-MailP | 8/11/2006 | ($0.63) | $0.00 | $0.00 | $314.42 | 305706 | | 8/2/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $314.03 | 305733 | | 8/8/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $313.64 | 305807 | | 8/7/06 | |
| Supplies-MailP | 8/11/2006 | ($0.39) | $0.00 | $0.00 | $313.25 | 305844 | | 8/1/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($1.83) | $313.25 | 307006 | | 8/14/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($3.27) | $313.25 | 307007 | | 8/14/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($1.83) | $313.25 | 307009 | | 8/14/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.39) | $313.25 | 307022 | | 8/13/06 | |
| Supplies-MailP | 8/16/2006 | $0.00 | $0.00 | ($0.39) | $313.25 | 307029 | | 8/13/06 | |
| Canteen | 8/17/2006 | ($16.95) | $0.00 | $0.00 | $296.30 | 307888 | | | |
| Medical | 8/18/2006 | $0.00 | ($2.00) | $0.00 | $296.30 | 308399 | | 8/9/06 | |
| Medical | 8/18/2006 | ($2.00) | $0.00 | $0.00 | $294.30 | 308686 | | 8/9/06 | |
| Supplies-MailP | 8/24/2006 | $0.00 | $0.00 | ($0.39) | $294.30 | 310122 | | 8/20/06 | |
| Canteen | 8/24/2006 | ($154.49) | $0.00 | $0.00 | $139.81 | 310324 | | | |
| Canteen | 8/30/2006 | ($55.90) | $0.00 | $0.00 | $83.91 | 312160 | | | |

Ending Mth Balance: $83.91

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** $0.00