IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DANIEL M. WOODS,
    plaintiff,

VS.

STANLY TAYLOR,
REPHEAL WILLIAMS,
CINDY WRIGHT,
BRENDA CALLOWAY,
L. SULLIVAN,
V. HAYES,
P. RITER,
C. ESCHERICH,
JANE DOE (elw)
    defendants

C.A.N. 06-698

FILED 2006 NOV 16 PM 4:02
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## STATEMENT OF UNDISPUTED FACTS OF CASE

A.... Plaintiff was sentanced by the Superior Court of the State of Delaware to distinked sentances, terms with clear begining dates and ending dates.

B.... Plaintiff receveived no mandatory sentances, all were suposed to be deducted by goodtime credits under delaware statue 11 Del. C.4381,ect.

C.... The plaintiff received a sentance of two years and three months that was do to be maxed out in full term in 1983.

D.... Plaintiff was ordered by the court in 2005 during his sentancing that the plaintiff will be credited with 163 days served. Under 11 Del. C. 3901

E.... Delaware Correctional Center refused to credit the plaintif and the Howard R. Young Correctional did the same, They refused to credit the plaintiff with court ordered credits.

F.... Defendants increased the plaintiffs sentance by nine days, D.O.C found that they made an error on a sentance thats been maxed out for the last 23 years. The defendants took that nine day error and added it to a sentance the

continued............

Plaintiff is serving now 23 years later and this was all done without any doe process of law.

RESPECTFULLYSUMITTED

DATED 11-13-06

DANIEL M. WOODS# 164728
1181 Paddock rd.
Smyrna, Delaware
19977