IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DANIEL M. WOODS,
    plaintiff,

VS.

STANLY TAYLOR,
REPHEAL WILLIAMS,
CINDY WRIGHT,
BRENDA CALLOWAY,
L. SULLIVAN,
V. HAYES,
P. RITER,
C. ESCHERICH,
JANE DOE (elw),
    defendants,

C.A.N. 06-698

## MOTION FOR THE REQUEST OF COUNSEL APPOINTED

Plaintiff Daniel M. Woods, Pursuant to 1915, Requests this Honorable Court to grant the plaintiff appointment of counsel to represent him in this above case.

1.... PLAINTIFF IS UNABLE TO AFFORD COUNSEL.

2.... THE ISSUES ARE COMPLEX AND THE PLAINTIFF IS UNABLE TO RESEARCH HIS FILES AT THE DEPARTMENT OF CORRECTIONAL CENTER.

3.... PLAINTIFF IS LIMITED TO TIME IN THE LAW LIBARY.

4.... PLAINTIFF IS VERY LIMITED TO THE LAW.

5.... PLAINTIFF HAS ALREADY COUGHT THE DEFENDANTS SUBMITTING AFFIDAVITS THAT ARE UNTRUE AND ATTEMPTING TO DECIVE THE COURT TO TRY JUSTIFING THE DAMAGES DONE.

6.... DEFENDANT WILL NOT ALLOW THE PLAINTIFF CERTIN DOCUMENTS DO TO SECURITY ISSUES.

DATED 11-13-06

RESPECTFULLY
Daniel M. Woods
DANIEL M. WOODS
1181 Paddock rd.
Smyrna, Delaware 19977