**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DANIEL M. WOODS,
    plaintiff,

VS.

STANLY TAYLOR,
REPHEAL WILLIAMS,
CINDY WRIGHT,
BRENDA CALLOWAY,
L. SULLIVAN,
P. RITER,
V. HAYES,
JANE DOE (elw),
    defendants

C.A.N. _____

INTERROGATORIES DIRECTED TO AND

REQUEST FOR PRODUCTION OF THE DOCUMENTS

DANIEL M. WOODS # 164728
1181 PADOCK RD.
SMYRNA, DELAWARE
           19977

Pursuant to rule 33 and 34,Fed.R.Civ.P.,The plaintiff submits the following interrogatories and request for the defendants to answer within 60 days of service and produce all requested documents.

Defendants are directed to answer each interrogatories in writting under oath, and produce each of the requested documents for inspections and copying.

1. Give the names and last known address of all persons who have knowledge of the facts alleged in the pleadings, identifying those who were involved or witnessed to the incident.
A.

2. With references to any reports, memorandum, paper, Statements Grevances, Complaints, Notes, concerning any of the facts alleged or referred to in the pleadings, Describe each item. Listing dates, auther, recipient and general content.
A.

3. All E-Files of grievances with issues of miscalculations of sentences, Goodtime credits, Misteaks to defendant at P.T.A., Howard R. Young Corr. Inst.,D.C.C., S.C.I., Within the last year.
A.

4.  Is there adminastration proceedures to follow to properly calculate prison sentences, goodtime credits, Release dates, ect. Forward any and all documents to this issue.

A.

5.  Has the Commissioner Stan Taylor addressed any issues of the continued problums of miscalculations by the record department staff in reguards to inmates sentances, Credits,ect.

A.

6.  What are the proceedure when an inmate has a complaint about misteaks with his sentences, credits, ect.

A.

7.  What is the full name of jane doe,elw, who works at Howard R. Young Correctional center.

A.

8.  Are all staff required to follow all court orders.

A.

9.  Has other inmates been held pass there release dates do to records misteaks and the same qustion dealing with credits for time served.

A.

10.     Cindy Wright, Record super. After finding numerious misteakes with the plaintiffs record, what steps did you take to over look the rest of the file to isurance that no other miscalculations took place and is the plaintiffs file corrected?

Dated: 11-13-06

Daniel M. Woods
164728 D.C.C.
1181 Paddock rd.
Smyrna, Delaware.
19977