ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DANIEL M. WOODS,
    plaintiff,

VS.

STANLY TAYLOR,
REPHEAL WILLIAMS,
CINDY WRIGHT,
BRENDA CALLOWAY,
L. SULLIVAN,
V. HAYES,
P. RITER,
C. ESCHERICH,
JANE DOE (elw),
    defendants,

C.A.N. 06-698

PLAINTIFFS MOTION FOR PARTRIAL SUMMARY

JUDGEMENT

Pursuant to rule 56 fed. R. civ. P. plaintiff Daniel M. Woods request this Honorable Court to grant plaintiff summary judgement as to the liabiitys of all the above defendants for damages for false imprisionment, Denial of due process, double jeperdy violations, Ex-post-facto violations, neglagence, Failure to proform official dutys, Crual and unusual punishment, Deliberit indifferance to plaintiff, failure to comply with court orders, Liberty intrest violations.

DATED 11-13-04

RESPECTFULLY

Daniel M. Woods
DANIEL M. WOODS 164728
1181 PADDOCK RD.
SMYRNA, DELAWARE
19977