☐ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

\*

DANIEL M. WOODS,
    plaintiff,

                        \*

    VS.

                        \*   C.A.N._____

STANLY TAYLOR,
REPHEAL WILLIAMS,
CINDY WRIGHT,
BRENDA CALLOWAY,                \*
L. SULLIVAN,
V. HAYES,
P. RITER,                     \*
C. ESCHERICH,
JANE DOE (elw)
    defendants,            \*

                        \*

DECLARATION IN SUPPORT OF PLAINTIFFS MOTION FOR PARTRIAL SUMMARY

JUDGEMENT

I DANIEL M. WOODS, DECLARES UNDER PENALTY OF PERJURY:

1.
    I am the plaintiff in the above case, the complaint alleges
    that the plaintiff is being punished without jurisdiction
    to do so, denial of due process of law. Denial of court
    ordered credits for time served, false imprisionment, placed
    in double jeperdy to serve same sentances twice once they
    been fully completed. Defendants failed to follow court order
    and increased the plaintiffs sentance without any due process
    also submitted false affidavit to justifie all damages to
    the plaintiff.

I SUBMIT THIS DECLARATION IN SUPPORT OF MY MOTION FOR PARTRIAL
SUMMARY JUDGEMENT.

2.
    I am an inmate at the Delaware Correctional Center, and I
    was falsely imprisioned without due process of law and the
    failure of all the above defendants to act caused and
    continue to cause the plaintiff to suffer damages.

All the defendants action and direct violation are fully
demastrated in the plaintiffs complaint. They have placed the
plaintiff situations that are harm full and in violation of
plaintiffs liberty intrests. And in copletlly in violation of
the rights under the due process.


The plaintiff is entitled to summary judgement on my due
process claims. Pursuant to 28 u.s.c. 1746, I declair under
penalty of perjury that the forgoing is true and correct.


DATED __11-13-06__                    RESPECTFULLY SUBMITTED


                                      DANIEL M. WOODS 164728
                                      1181 PADDOCK RD.
                                      SMYRNA, DELAWARE
                                                    19977