1:06-CV-698(J.J.F)

To: Clerk of the Court
District Court
844 N. King St.
Wilm, De 19801

Fr: Daniel M. Woods
#164728 D.C.C.
Smyrna, De 19977

Date 11-29-06

06CV698JJF

FILED
DEC 0 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Court Clerk,

Could you please forward this in-closed document to the Hon. J.J.F for his review. It shows plaintiff had his sentence invalidated through court order when D.O.C. claimed plaintiffs sentence was something else, then what it really is.

Also it shows falsified affidavit submitted to try justifying the damages done to the plaintiff and the said situation, never happened. Review all high lighted spots and dates.

Respectfully

Daniel M. Woods

\*\*\*\*\*\*\*\* EXHIBIT DOCUMENT FOR THE DISTRICT COURT \*\*\*\*\*\*\*

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR
NEWCASTLE COUNTY

DANIEL M. WOODS                         *
                                        *
    VS                                  *
                                        *   c.a.n. # 05M-08-042 j.R.j
WARDEN WILLIAMS et. al.                 *
                                        *   1:06-cv-698 woods vs. taylor(J.J.F)
                                        *   UNITED STATES DISTRICT
                                        *   COURT OF DELAWARE

AFFIDAVIT FROM DANIEL M. WOODS PRESENTING EVIDENCE OF PERJURY
THROUGH AFFIDAVIT PERSENTED BY THE RECORDS SUPERVISER CINDY
WRIGHT IN THE ABOVE MATTER CASE.

I DANIEL M. WOODS HAVING BEEN DULY SWARN ACCORDING TO LAW
DEPOSE AND STATES AS FOLLOWS:

I MAKE THIS AFFIDAVIT BASED UPON PERSONAL INFORMATION AND THE
INFORMATION PERDUCED IN A AFFIDAVIT BY CINDY WRIGHT RECORDS
SUPERVISER AT THE DELAWARE CORRECTIONAL CENTER.

1.  I am an inmate at the Delaware Correctioal Center.

2   SEE EXIBIT A court letter dated may 10, 2005.

3   Defendants produced an affidavit of defence from Cindy Wright records at the Del
    aware Correctional center in the above matter dated sept. 7, 2006.
    SEE EXHIBIT B- NUMBER 7

4   CINDY WRIGHTS affidavit addresses an issue in her affidavit exhibit B, number
    7 That she was in contact with the Honorable Judge Richard F. Stokes and she
    Stated the following perjury statements.

4   BY LETTER DATED MAY 10, 2005. JUDGE RICHARD F. STOKES
    ADVISED PLAINTIFF THAT HE HAD BEEN SENTANCED ON FEB.
    31, 2005 TO EIGHT YEARS AT LEVEL FIVE WITH THE CREDITS
    FOR 163 DAYS PREVIOUSLLY SERVED. THE CREDITS WAS FOR
    THE PERIOD FROM AUGUST 31, 2004 UNTIL FEBUARY 9, 2005.
    HOWEVER, DURING THAT PERIOD PLAINTIFF WAS SERVING
    A SENTENCE FOR VIOLATION OF PROBATION AND THERE FOR

WAS NOT ELIGGIABLE FOR THAT CREDIT. I HAVE COMMUNICATED WITH JUDGE STOKES CHAMBERS AND TH SENTANCING ORDER WILL BE MODIFIED TO INDICATE THAT PLAINTIFF IS NOT INTITLED TO 163 DAYS CREDIT.
SEE EXHIBIT B-7 Cindy Wrights affidavit.

SEE EXHIBIT A- B 7- C

CINDY WRIGHT RECORDS SUPERVISER HAS COMMITTED PERJURY AND HAS SUBMITTED THESE DOCUMENTS TO THE COURT TO TRY AND JUSTIFIE ALL THE DAMAGES DONE TO THE PLAINTIFF.

SEE EXHIBIT C. A COURT LETTER AND ORDER FROM THE HONORABLE COURT DATED OCT. 16, 2006 THRITY NINE DAYS AFTER CINDY WRIGHT FILED HER AFFIDAVIT STATING SHE HAD BEEN INCONTACT WITH THE JUDGE, WHEN INFACT THAT WAS A LIE.
SEE EXHIBIT C

THE LETTER FROM THE HONORABLE COURT STANDS BY HIS ORIGINAL ORDER DATED MAY 10, 2005 TO CREDIT THE PLAINTIFF WITH THE 163 DAYS CREDITS AND PLAINS NOT TO MODIFIE THAT ORDER AS STATED BY CINDY WRIGHTS AFFIDAVIT.

SEE EXHIBIT A COURT ORDER FROM THE COURT MAY 10, 2005

SEE EXHIBIT B CINDY WRIGHTS AFFIDAVIT SEPT. 7, 2006

SEE EXHIBIT C COURT LETTER DATED OCT. 16, 2006.

I DANIEL M. WOODS SWARS UNDER PENILTYS OF PERJURY THAT ALL THE FORGOING IS TRUE AND CORRECT TO THE BEST OF MY ABILITYS.

DATED: 11-29-06

DANIEL M. WOODS
164728 D.C.C.
1181 DADDOCK RD.
SMYRNA, DE.
19977

SUPERIOR COURT
OF THE
STATE OF DELAWARE

RICHARD F. STOKES
JUDGE

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5264

May 10, 2005

Daniel M. Woods
SBI# 00164728
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, DE 19801

    Re:   Def. ID# 0408025957 and 0409022646

Dear Mr. Woods:

    The Court is in receipt of your motion to correct illegal sentence received on May 4, 2005 requesting credit for time served while waiting for sentencing. On February 9, 2005, I sentenced you as to criminal action number 04-09-0640 to eight (8) years at level V with credit for 163 days previously served. Suspended after serving one (1) year at level V, followed by declining levels of probation. The 163 days credit is for the period from August 31, 2004 until February 9, 2005.

    Defendant's request to correct illegal sentence is denied based upon the fact that the Court gave the defendant credit for time previously served. IT IS SO ORDERED.

Very truly yours,

Richard F. Stokes

RFS:tll

cc:   Prothonotary's Office

Ex A

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| DANIEL M. WOODS, | ) |
| Plaintiff, | ) |
| v. | ) C. A. No. 05M-08-042 JRJ |
| WARDEN WILLIAMS and BOARD OF PAROLE, | ) |
| Defendants. | ) |

### AFFIDAVIT OF CINDY WRIGHT

I, Cindy Wright, having been duly sworn according to law, depose and state as follows:

1. I make this Affidavit based upon personal information.

2. I am employed by the State of Delaware's Department of Correction as the Records Supervisor at the Delaware Correctional Center ("DCC") in Smyrna, Delaware.

3. Plaintiff Daniel M. Woods ("Plaintiff") is currently incarcerated at DCC.

4. Plaintiff's Sentence Status Report ("SSR") dated May 5, 1982 lists his Maximum Full Time Expiration Date as November 1, 1996. *See* Exhibit A. The SSR dated April 26, 1990 lists the Maximum Full Time Expiration Date as December 30, 1996, which is 59 days later. *See* Exhibit B.

5. The reason for this change in dates is set forth in the in the comments section of the April 26, 1990 SSR. Plaintiff's parole had been revoked and he had been ordered to serve the balance of the sentence from which he had been paroled. In addition, he was sentenced to serve the time that he was in absconder status, "which is the time from date warrant was issued 11/7/89

EX-B

until date returned to custody." As reflected in Plaintiff's SSR dated January 8, 1990, Plaintiff was received back into custody on January 5, 1990, 59 days after the date of the warrant. *See* Exhibit C. Therefore, 59 days were added to his sentence.

6. Plaintiff's SSR dated June 19, 1990 includes handwritten notes in the comments section. *See* Exhibit D. A portion of the comments at Item 5 were crossed out pursuant to the direction of Judge Herlihy. Those crossed out comments are not part of the SSR. The remaining comments in Item 5 state: "Upon completion of drug treatment program the Defendant will be placed at LEVEL III for 1 year. NOTE: Per Title 11 Sec 4352 Parole Violation to run last." While these comments are not entirely clear, they mean that Plaintiff would first serve the sentence on his most recent charges. He would then serve his violation of parole sentence. Only then would he be eligible for placement at Level III.

7. By letter dated May 10, 2005, Judge Richard F. Stokes advised Plaintiff that he had been sentenced on February 9, 2005 to eight years at level V with credit for 163 days previously served. *See* Exhibit E. The credit was for the period from August 31, 2004 until February 9, 2005. However, during that period, Plaintiff was serving a sentence for violation of probation and therefore was not eligible for that credit. I have communicated with Judge Stokes' chambers and the sentencing order will be modified to indicate that Plaintiff is not entitled to 163 days credit.

8. Plaintiff's SSR dated December 10, 2004 shows a short time release date ("STRD") of February 28, 2018 and statutory good time in the amount of 3,240 days. *See* Exhibit F. This SSR reflects Plaintiff's sentence for his violation of probation. The amount of good time is incorrect and the result of administrative error.

9. The SSR dated March 24, 2005 shows a STRD of January 4, 2022 with statutory

good time in the amount of 2,582 days. *See* Exhibit G. The SSR dated March 24, 2005 is marked "VOID" and is incorrect.

10. The SSR dated March 28, 2005 incorporates Plaintiff's two new sentences, each for 1 year. *See* Exhibit H attached hereto. In addition, the good time is corrected to 2,740 days. The STRD of July 3, 2021 reflects the two new sentences and the deduction of 500 days of good time which were previously incorrectly credited to Plaintiff.

11. Both the SSR for 2004 and the SSR for 2005 have been superseded by Plaintiff's most recent SSR, dated July 18, 2006. *See* Exhibit I. The STRD is June 24, 2021. This adjusted date reflects nine days deducted as a result of an error in the sentence calculation in 1981. The statutory good time is 2,740 days.

_____
Cindy Wright

SWORN AND SUBSCRIBED before me this 7th day of September, 2006.

_____
Notary

**SUPERIOR COURT**
OF THE
**STATE OF DELAWARE**

RICHARD F. STOKES
JUDGE

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5264

October 16, 2006

Daniel M. Woods
SBI# 00164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    Re: Def. ID# 0408025957 and 0409022646

Dear Mr. Woods:

    The Court is in receipt of your Motion for Correction and Credit of an Illegal Sentence filed August 16, 2006. While your motion makes reference to sentences imposed by other courts, this Court only has jurisdiction to review the sentences imposed in Superior Court, Sussex County. Upon review of your motion and the file, I remain satisfied the sentence imposed is not an illegal sentence. Additionally, your claims regarding credit time are denied for the reasons set forth in the Court's letter dated May 10, 2005. Future applications seeking similar relief will not be responded to by the Court.

    Your Motion for Correction and Credit of an Illegal Sentence is denied. IT IS SO ORDERED.

Very truly yours,

Richard F. Stokes

RFS:tll

cc:  Prothonotary's Office
      Department of Justice

I/M Daniel M. Woods
SBI# 164726    UNIT D-EAST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

1:06-cv-698 (J.J.F.)

Clerk of the Court
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE
19801-3570