IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF DELAWARE

|  |  |  |
|---|---|---|
| DANIEL M. WOODS, | * | |
| VS. | * | C.A.N.# 06-698 jjf |
| STANLEY TAYLOR et.al. | * | |
| REPHEAL WILLIAMS,<br>CINDY WRIGHT,<br>B. CALLOWAY,<br>L. SULLVAN,<br>V. HAYES,<br>P. RITER,<br>C. ESCHERICH,<br>JANE DOE. | * | |
|  | * | |
|  | * | |

FILED

DEC 1 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## SUBMITTING THE FOLLOWING DOCUMENTS FOR ADMISSIABLE

### EVIDENCE

Plaintiff request this Honorable court to accept and submite
all the forgoing document as evidence in the above matter.

The following documents were produced by the above defendants
and the department of Corrections through the prision
operations.
Court ordered documents, letters from plaintiff, Affidavits,
sentancing orders.

DATED: 12-06-2006

DANIEL M. WOODS
# 164728 D.C.C.
1181 Paddock Rd.
Smyrna, Delaware
19977

DEMONSTRATION OF EACH EXHIBIT

EXHIBIT 1

> BUREAU OF ADULT CORRECTIONS STATUS SHEET WHICH
> REFLECTS THE 17 DAYS CREDITED TO THE PLAINTIFF.
> 6-1-81 TO 6-18-81

EXHIBIT 2

> BUREAU OF ADULT CORRECTIONS STATUS SHEET WHICH
> WILL SHOW THAT PLAINTIFF NEVER RECEIVED ANY
> CREDIT FOR TIME SERVED. PLAINTIFF WAS REARRESTED
> ON 6-25-81 and CONTIUED INCARCERATION UNTIL
> BEING SENTANCED ON 8-21-81.
> PLAINTIFF TIME SERVED AT LEVEL FIVE OF 56 DAYS
> WAS NEVER ACCOUNTED FOR OR CREDITED TO THE PLAINTIFF.

EXHIBIT 3

11 DEL.C.3901

> RECORDS FAILED TO CREDIT THE PLAINTIFF WITH HIS
> CREDITS AT THE VERY BEGINING OF THE SENTANCE THATS
> REQUIRED BY LAW 11 DEL. C. 4381, 4382
> FAILURE TO DO SO CREATED A MANDATORY SENTENCE WHICH
> WAS NOT AUTHERIZED BY LAW. THIS SENTANCE WAS SERVED
> IN ITS FULL MAXIUM TERM.
> IN STEAD D.O.C. RECORDS TOOK THE GOODTIME CREDITS
> THAT WERE DO AND PUT THE FULL TOTAL ON THE BACK
> OF OTHER SENTANCES.
> BUT PLAINTIFF SERVED THE FULL COMPLETE SENTANCE FROM
> 8-04-81 until 11-02-83. BUT WHEN THE PLAINTIFF
> VIOLATED HIS PAROLE IN 1989 D.O.C. REMOVED ALL THE
> PLAINTIFFS GOODTIME CREDITS TO THE DATE OF 8-04-81.
>
> THE SENTANCE WAS SERVED IN ITS FULL TERM,SO THERE
> WAS NO CREDITS TO TAKE,YET D.O.C. STILL REMOVED
> THE CREDITS OF 5 MONTHS AND 15 DAYS THAT INCREASED
> ALL PLAINTIFFS SENTANCES.   SEE EXHIBIT 3,4.
>
> ALOS SEE EXHIBIT 3, SEE THE DATES, ALL HIGH LIGHTED

EXHIBIT 4

> EXHIBIT FOUR WILL SHOW TWO SEPRETE SENTANCES,THE
> TOP SENTANCE IS THE FIRST SENTANCE RECEIVED BY THE
> PLAINTIFF OF TWO YEARS AND THREE MONTHS, SEE START
> DATES, FULL TERM DATES, ALSO THE DATE OF WHEN THE
> SENTANCE SHOULD OF ENDED AND THE OTHER STARTED.
> EFFECTIVE DATE IS 8-04-81 AND THE FULL TERM EFFECTIVE
> OF ENDING THE SENTANCE IS 11-02-83 with out the good-
> time credits.
> NOW SEE THE EFFECTIVE DATE OF THE SECOND SENTANCE OF
> ITS START DATE ITS 11-02-83 apone completion of the
> above sentance.

EXHIBIT 5

WILL REFLECT BOTH SENTANCES BEING COMBINDED BY THE
RECORDS DEPARTMENT AND THE BEGINING OF ALL THE ERRORS
SEE EFFECTIVE DATE 8-04-81, SEE DATE SENTANCED 8-25-81,
IF YOU ADDED 17 DAYS CREDIT TO THAT DATE COMES TO
8-21-81 SO THERES NO ACCOUNT FOR THOSE FOUR DAYS.

EXHIBIT 6

PLAINTIFFS PAROLE VIOLATION DATE AND PENDING CHARGES

EXHIBIT 7

PLAINTIFFS PAROLE VIOLATION DATE AND PENDING CHARGES

EXHIBIT 8

ON 4-17-90 PLAINTIFF WAS SENTANCE BY THE BOARD OF
PAROLE FOR A PAROLE VIOLATION, THEY BEGAIN THE
EFFECTIVE DATE OF 1-5-90. THEY ALSO ORDERED THE
REMOVAL OF ALL GOODTIME CREDITS.
WHEN D.O.C. REMOVED THE CREDITS THEY EVEN REMOVED
THE CREDITS FROM SENTANCES ALREADY SERVED IN THEIR
FULL MAXIUM TERMS. THIS CLEARLY INCREASED THE
PLAINTIFFS SENTANCES.

EXHIBIT 9

ON 6-1-90 THE PLAINTIFF WAS RESENTANCED FOR THE
OPEN PENDING CHARGES BEFORE THE SUPERIOR COURT
AND RECEIVED A 30 ADDITIONAL YEARS.
THIS BROUGHT THE PLAINTIFFS TOTAL SENTANCE TO
THRITY SIX YEARS ELEVEN MONTHS AND TWENTY SIX DAYS.

D.O.C STARTED THE THRITY YEAR SENTANCE ON 1-5-90
plaintiff WAS SENTANCED ON 6-1-90 WITH CREDITS
FOR TIME SERVED AND D.O.C. PLACED THE PLAINTIFFS
PAROLE VIOLATION TO RUN LAST STATING 11 DEL C. 4352.

EXHIBIT 11

PLAINTIFF FILED A CORRECTION OF AN ILLEGAL
SENTANCE BEFORE THE SUPERIOR COURT ON MAY 10,2005.

THE HONORABLE JUDGE STOKES CREDITED THE PLAINTIFF
WITH 163 DAYS CREDIT FOR TIME SERVED FROM THE
FOLLOWING TIMES: AUGUST 31,2004 UNTIL FEB.9,2005.

EXHIBIT 12

SEE D.O.C. STATUS SHEET FROM THE RECORDS DEPARTMENT
THAT FAILS TO REFLECT ANY CREDITS ORDERED BY THE
COURT ON MAY 10,2005.
PLAINTIFF WAS ARRESTED ON 8-10-04 AND THAT DATE
FAILS TO REFLECT ON THE START DATE

EXHIBIT 13

    ANOTHER D.O.C. OFFENDERS STATUS SHEET WHICH WAS
    VOIDED OUT AFTER PLAINTIFF COMPLAINED OF ERRORS
    AND MISCALCULATIONS OF PLAINTIFFS SENTANCES

EXHIBIT 14

    . BOARD OF PAROLE VIOLATION DOCUMENT NOV.10,2004

EXHIBIT 15

    REFLECTS THE PLAINTIFFS SENTANCING ORDER DATED
    AUGUST 21,1981 WHEN THE PLAINTIFF WAS SENTANCED
    TO A TWO YEAR AND THREE MONTH SENTANCE WITH FULL
    AND COMPLETE BEGINING DATES AND ENDING DATES.

EXHIBIT 16

    ANOTHER SENTANCING ORDER DATED APRIL 8, 1982.
    THIS SENTENCE WAS TO FOLLOW THE ABOVE SENTANCE
    AND EACH SENTANCE HAD ITS OWN BEGINING DATES
    AND ENDIND DATES ONE AFTER THE OTHER.

EXHIBIT 19

    LETTER TO STANLEY TAYLOR COMMISIONER ABOUT THE
    ON GOING ERRORS OF PLAINTIFFS SENTANCES WITH
    HIS RECORDS DEPARTMENT.

EXHIBIT 20

    LETTER TO THE RECORDS DEPARTMENT CONSERNING THE
    ON GOING PROBLUMS WITH THE PLAINTIFFS SENTANCES

EXHIBIT 21

    AFFIDAVIT FILED BY CINDY WRIGHT RECORDS SUPERVISER
    AT THE DELAWARE CORRECTIONAL CENTER.

EXHIBIT 23

    1.   SEE EXHIBIT NUMBER C, THE LETTER FROM THE HONORABLE
         JUDGES ORDER.

    2.   PLAINTIFFS AFFIDAVIT AND THE FULL ISSUES OF HOW
         THE DEFENDANTS FILED FALSE AFFIDAVIT TO TRY
         JUSTIFING THE DAMAGES DONE TO THE PLAINTIFF.

    3.   RECORDS ADDED NINE DAYS TO A SENTANCE THATS ENDED
         FULLY 23 YEARS AGO TO A NEW SENTENCE IN 2005

## BUREAU OF ADULT CORRECTION

| INSTITUTION OR AGENCY (1) | NUMBER (2-7) | NAME - LAST | FIRST | MIDDLE | (8-10) |
|---|---|---|---|---|---|
| | 229642 | WOODS, | Daniel | Martin | |

☐ 1. WCI — **2**   ☐ 4.       — 001
☐ 2. DCC —   ☐ 7.       — DOII
☐ 3. SCI —   ☐ 8. '    — CSP
☐ 4. WRC —   ☐ 9. PTA ~
☐ 5.    — CO  ☐ 0.       — DOIII

| ADDRESS (NO. AND STREET) | CITY | STATE | RESIDENCE CODE (11-24) |
|---|---|---|---|
| 4617 Patrishan Terrace | Wilmington, | DE | |

COMMITMENT STATUS (25)

☐ 1. DETENTIONER-HOLD **1**
☐ 2. DETENTIONER-SUPP.
☐ 3. SENT. PRISONER-NYR
☐ 4. SENT. PRISONER-PV
☐ 5. SENT. PRISONER-E
☐ 6. PROBATIONER
☐ 7. PAROLEE
☐ 8. OTHER

MARITAL STATUS (26)

☐ 1. SINGLE          **1**
☐ 2. MARRIED-CL
☐ 3. SEPERATED
☐ 4. DIVORCED
☐ 5. WIDOWED

RACE AND SEX (27)          **1**

☐ 1. MALE-WHITE                 ☐ 5. FEMALE-WHITE
☐ 2. MALE-NEGRO                 ☐ 6. FEMALE-NEGRO
☐ 3. MALE-AMERICAN INDIAN       ☐ 7. FEMALE-AMERICAN INDIAN
☐ 4. MALE-MONGOLIAN             ☐ 8. FEMALE-MONGOLIAN

| RELIGION (28) | AGE (29-30) | BIRTHDATE (31-32) MONTH DAY YEAR | BIRTHPLACE (33-35) | (CITY OR TOWN) | (STATE) |
|---|---|---|---|---|---|
| None | 18 | 02  06  63 | | Wilm, DE | |

| DATE RECEIVED (36-41) MONTH DAY YEAR | METHOD OF ADMISSION (42-44) | OFFENSES |
|---|---|---|
| 06  01  81 | HT | Return Rule 9 (Burg. 3rd, Consp. 2nd, Theft, Crim. Misc |

### SENTENCE STATUS INFORMATION

| DATE SENTENCED MONTH DAY YEAR | INDICTMENTS - TERM - COURT | JUDGE - MAGISTRATE | OFFENSE CODE (45-47) | TYPE OF SENTENCE CODE (48) |
|---|---|---|---|---|
| | IN-81-04-0901 - 0904 | | | |
| | Mag. Ct. #11, NCC | Toulson | | |

| MAXIMUM FULL TERM (49-54) | | | GOOD-TIME AMOUNT | | | MAXIMUM LESS GOOD-TIME (55-60) | | | EFFECTIVE DATE (61-66) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YEARS | MONTHS | DAYS | YEARS | MONTHS | DAYS | YEARS | MONTHS | DAYS | MONTH | DAY | YEAR |
| | | | | | | | | | | | |

| MAX FT EXPIRATION DATE | | | PAROLE ELIGIBILITY GOOD-TIME | | | MAX LESS GT-EXPIRATION DATE | | | PAROLE ELIGIBILITY DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | YEARS | MONTHS | DAYS | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| | | | | | | | | | | | |

| FINES | COSTS | RESTITUTION | BAIL (55-60) |
|---|---|---|---|
| | | | $5,000.00 |

### SPECIAL CONDITIONS: PAROLE - PROBATIONS - DETAINERS SUMMARY REMARKS ON SENTENCE

Held for SC,NCC

### RELEASE INFORMATION

| METHOD OF RELEASE (67-69) | DATE OF RELEASE (70-75) MONTH DAY YEAR | TIME SERVED (76-80) MONTHS DAYS | RELEASED TO WHOM? |
|---|---|---|---|
| B | 06  18  81 | 0 0  18 | *sig* |

IMMEDIATE RELATIVES FOR VISITING
WHERE THERE IS AN ABSENCE OF RELATIVES SUBSTITUTE ONE RESOURCE PERSON. INDICATE WITH AN ASTERISK (*) PERSON
INMATE WISHED TO HAVE CONTACTED IN THE EVENT OF AN EMERGENCY.

| RELATIONSHIP | FULL NAME | ADDRESS (NO., STREET, CITY) | TELEPHONE NO. |
|---|---|---|---|
| Mother | Ruth Woods | Same | 995-1627 |

### RECORD OF TRANSFER                    FURLOUGH

| DATE | FROM | TO | TYPE | DATE DPT. | DATE RTN. | REMARKS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NOTE ANY UNUSUAL SITUATION OR BEHAVIOR AT ADMISSION OR INTERVIEW

clg
REPORTING OFFICER          6/2/81
DATE

| 1. RECORDS AND STATISTICS (WHITE) | 2. CLASSIFICATION (GREEN) | 3. INSTITUTION-AGENCY FILES (CANARY) | 4. HOLD FOR RELEASE (PINK) | 5. INMATE (GOLDENROD) |
|---|---|---|---|---|

DC-101

Doc. No. 38-06-80-05-0001

# BUREAU OF ADULT CORRECTION

| INSTITUTION OR AGENCY (1) | NUMBER (2-7) | NAME - LAST | FIRST | MIDDLE | (8-11) |
|---|---|---|---|---|---|
| 2 | 229799 | WOODS, | Daniel | Marty | |

☐ 1. WCI —     ☐ 6. — 001
☐ 2. DOC —     ☐ 7. — 0011
☐ 3. SCI —     ☐ 8. — CSF
☐ 4. WRC —     ☐ 9. PTA —
☐ 5. — CO     ☐ 0. — 0011

| ADDRESS (NO. AND STREET) | CITY | STATE | RESIDENCE CODE (19-24) |
|---|---|---|---|
| 4617 Patrician Terrace Apts. Wilm. De. | | | |

**COMMITMENT STATUS (25)**

☐ 1. DETENTIONER-HOLD
☐ 2. DETENTIONER-SUFF.
☐ 3. SENT. PRISONER-NYR   **I**
☐ 4. SENT. PRISONER-PV
☐ 5. SENT. PRISONER-E
☐ 6. PROBATIONER
☐ 7. PAROLEE
☐ 8. OTHER

**MARITAL STATUS (26)**

☐ 1. SINGLE
☐ 2. MARRIED-CL
☐ 3. SEPERATED   **1**
☐ 4. DIVORCED
☐ 5. WIDOWED

**RACE AND SEX (27)**

☐ 1. MALE-WHITE
☐ 2. MALE-NEGRO   **1**
☐ 3. MALE-AMERICAN INDIAN
☐ 4. MALE-MONGOLIAN

☐ 5. FEMALE-WHITE
☐ 6. FEMALE-NEGRO
☐ 7. FEMALE-AMERICAN INDIAN
☐ 8. FEMALE-MONGOLIAN

| RELIGION (28) | AGE (29-30) | BIRTHDATE (31-32) MONTH DAY YEAR | BIRTHPLACE (33-38) (CITY OR TOWN) (STATE) |
|---|---|---|---|
| Christian | 19 | 02 06 62 | Wilm. De. |

| DATE RECEIVED (36-41) MONTH DAY YEAR | METHOD OF ADMISSION (42-44) | OFFENSES |
|---|---|---|
| 06  25  81 | HT | Robbery 2nd. |

## SENTENCE STATUS INFORMATION

| DATE SENTENCED MONTH DAY YEAR | INDICTMENTS - TERM - COURT | JUDGE - MAGISTRATE | OFFENSE CODE (45-47) | TYPE OF SENTENCE CODE (48) |
|---|---|---|---|---|
| | Ct # 18 | English | | |

| MAXIMUM FULL TERM (49-54) YEARS MONTHS DAYS | GOOD-TIME AMOUNT YEARS MONTHS DAYS | MAXIMUM LESS GOOD-TIME (55-60) YEARS MONTHS DAYS | EFFECTIVE DATE (61-66) MONTH DAY YEAR |
|---|---|---|---|
| | | | |

| MAX FT EXPIRATION DATE MONTH DAY YEAR | PAROLE ELIGIBILITY GOOD-TIME YEARS MONTHS DAYS | MAX LESS GT-EXPIRATION DATE MONTH DAY YEAR | PAROLE ELIGIBILITY DATE MONTH DAY YEAR |
|---|---|---|---|
| | | | |

| FINES | COSTS | RESTITUTION | BAIL (57-60) |
|---|---|---|---|
| | | | $5,000.00 |

## SPECIAL CONDITIONS: PAROLE - PROBATIONS - DETAINERS SUMMARY REMARKS ON SENTENCE

Held for ~~CCF HCC~~ SCI HCC     Sentence Date Next page     Never Released

## RELEASE INFORMATION

| METHOD OF RELEASE (47-49) | DATE OF RELEASE (70-73) MONTH DAY YEAR | TIME SERVED (74-80) MONTHS DAYS | RELEASED TO WHOM? |
|---|---|---|---|
| S | 08  25  81 | 02  00 | DCC |

**IMMEDIATE RELATIVES FOR VISITING**
WHERE THERE IS AN ABSENCE OF RELATIVES SUBSTITUTE ONE RESOURCE PERSON. INDICATE WITH AN ASTERISK (*) PERSON INMATE WISHED TO HAVE CONTACTED IN THE EVENT OF AN EMERGENCY.

| RELATIONSHIP | FULL NAME | ADDRESS (NO., STREET, CITY) | TELEPHONE NO. |
|---|---|---|---|
| Mother | Ruth Woods, | Same | 995 1627 |

| RECORD OF TRANSFER | | | | | FURLOUGH | | |
|---|---|---|---|---|---|---|---|
| DATE | FROM | TO | TYPE | DATE DPT. | DATE RTN. | REMARKS |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

NOTE ANY UNUSUAL SITUATION OR BEHAVIOR AT ADMISSION OR INTERVIEW

3 months no credit

P. Riter     06-25-81
REPORTING OFFICER                  DATE

1. RECORDS AND STATISTICS { WHITE }    2. CLASSIFICATION { GREEN }    3. INSTITUTION-AGENCY FILES { CANARY }    4. HOLD FOR RELEASE { PINK }    5. INMATE { GOLDENROD }

38-08-80-05-0001

BUREAU OF ADULT CORRECTION

| INSTITUTION OR AGENCY (1) | NUMBER (2-7) | NAME - LAST | FIRST | MIDDLE | (1-18) |
|---|---|---|---|---|---|
| ☐ 1. WCI -- ☐ 4. -- 001  ☐ 2. DOC -- ☐ 7. -- 0011  ☐ 3. SCI -- ☐ 8. -- CSP  ☐ 4. WAC -- ☐ 9. PTA --  ☐ 5. -- CO ☐ 0. -- 00111 | 529799 | WOODS, | Daniel | Marty | |

**2**

| | ADDRESS (NO. AND STREET) | CITY | STATE | RESIDENCE CODE (19-24) |
|---|---|---|---|---|
| | 4617 Patrician Terrace Apts | Wilm. De. | | |

| COMMITMENT STATUS (25) | MARITAL STATUS (26) | | RACE AND SEX (27) | | |
|---|---|---|---|---|---|
| ☐ 1. DETENTIONER-HOLD  ☐ 2. DETENTIONER-SUPP.  ☐ 3. SENT. PRISONER-NYR  ☐ 4. SENT. PRISONER-PV  ☐ 5. SENT. PRISONER-E  ☐ 6. PROBATIONER  ☐ 7. PAROLEE  ☐ 8. OTHER | ☐ 1. SINGLE  ☐ 2. MARRIED-CL  ☐ 3. SEPERATED  ☐ 4. DIVORCED  ☐ 5. WIDOWED | *1* | ☐ 1. MALE-WHITE  ☐ 2. MALE-NEGRO  ☐ 3. MALE-AMERICAN INDIAN  ☐ 4. MALE-MONGOLIAN | *1* | ☐ 3. FEMALE-WHITE  ☐ 4. FEMALE-NEGRO  ☐ 7. FEMALE-AMERICAN INDIAN  ☐ 8. FEMALE-MONGOLIAN |

**3**

| RELIGION (28) | AGE (29-30) | BIRTHDATE (31-32) MONTH DAY YEAR | BIRTHPLACE (33-35) | (CITY OR TOWN) | (STATE) |
|---|---|---|---|---|---|
| Christian | 19 | 02  06  62 | | Wilm. De. | |

| DATE RECEIVED (36-41) MONTH DAY YEAR | METHOD OF ADMISSION (42-44) | OFFENSES | | |
|---|---|---|---|---|
| 08   25   81 | C | Consp 3rd, (M), Criminal Trespass 2nd. (M) | | |

SENTENCE STATUS INFORMATION

| DATE SENTENCED MONTH DAY YEAR | INDICTMENTS - TERM - COURT | JUDGE - MAGISTRATE | OFFENSE CODE (45-47) | TYPE OF SENTENCE CODE (48) |
|---|---|---|---|---|
| 08   21   81 | P-81-04-0902, 0901  SCHCC | Longbbardi | | |

| MAXIMUM FULL TERM (49-54) | | | GOOD-TIME AMOUNT | | | MAXIMUM LESS GOOD-TIME (55-60) | | | EFFECTIVE-DATE (61-66) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YEARS | MONTHS | DAYS | YEARS | MONTHS | DAYS | YEARS | MONTHS | DAYS | MONTH | DAY | YEAR |
| 02 | 03 | 00 | 00 | 05 | 15 | 01 | 09 | 15 | 08 | 04 | 81 |

| MAX FT EXPIRATION DATE | | | PAROLE ELIGIBILITY GOOD-TIME | | | MAX LESS GT-EXPIRATION DATE | | | PAROLE ELIGIBILITY DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | YEARS | MONTHS | DAYS | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| 11 | 02 | 83 | 00 | 07 | 23 | 05 | 21 | 83 | 03 | 24 | 82 |

| FINES | COSTS | RESTITUTION | BAIL (55-60) |
|---|---|---|---|
| | | | |

SPECIAL CONDITIONS: PAROLE - PROBATIONS - DETAINERS SUMMARY REMARKS ON SENTENCE

As to 0902 Sentenced to (2) yrs. with credit for 17 days. As to 0901 Pay costs sentenced
to (3) mos consec to sentence on conspiracy 3ïd

Wrong allos-cut life

RELEASE INFORMATION

| METHOD OF RELEASE (67-69) | DATE OF RELEASE (70-75) MONTH DAY YEAR | TIME SERVED (76-80) MONTHS DAYS | RELEASED TO WHOM |
|---|---|---|---|
| | 04  08  82 | 00  7  2/ | P.T.A |

IMMEDIATE RELATIVES FOR VISITING
WHERE THERE IS AN ABSENCE OF RELATIVES SUBSTITUTE ONE RESOURCE PERSON. INDICATE WITH AN ASTERISK (*) PERSON
INMATE WISHED TO HAVE CONTACTED IN THE EVENT OF AN EMERGENCY.

| RELATIONSHIP | FULL NAME | ADDRESS (NO., STREET, CITY) | TELEPHONE NO. |
|---|---|---|---|
| Mother | Ruth Woods | Same | 995-1627 |

| | | RECORD OF TRANSFER | | | FURLOUGH |
|---|---|---|---|---|---|

| DATE | FROM | TO | TYPE | DATE DPT. | DATE RTN. | REMARKS |
|---|---|---|---|---|---|---|
| 12.3.81 | DCC | PA | | 12.1-81 | 1-8-82 | O.H. |
| 22.81 | DCC | | | | | |

NOTE ANY UNUSUAL SITUATION OR BEHAVIOR AT ADMISSION OR INTERVIEW

Held for SCHCC for Robbery 2nd.     $5,000.00 bail

P. XXXXX Riter

REPORTING OFFICER                    DATE

| 1. RECORDS AND STATISTICS (WHITE) | 2. CLASSIFICATION (GREEN) | 3. INSTITUTION-AGENCY FILES (CANARY) | 4. HOLD FOR RELEASE (PINK) | 5. INMATE (GOLDENROD) |
|---|---|---|---|---|

OC-151

Doc. No. 36-06-80-05-0001

SENTENCE STATUS REPORT                                        DELAW.  DEPARTMENT OF CORRECTION

| NUMBER | COMMITS | AME | | INSTITUTION/AGENCY | DATE OF REPORT |
|---|---|---|---|---|---|
| 1 #529799 | WOODS, DANIEL Marty | | | P. T. A. | 04-21-82 |

A SENTENCE STATUS REPORT IS SUBMITTED ON THE ABOVE INMATE, AS INDICATED BY CHECKED SECTION(S)

### 1. THE SENTENCE WHICH THIS INMATE IS CURRENTLY UNDERGOING IS AS FOLLOWS:

| DATE SENTENCED OR CHARGED | | | INDICTMENTS · TERM · COURT | | | JUDGE · MAGISTRATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO. 08 | DAY 25 | YR. 81 | P-81-04-0902,0901,SC/NCC *deal* | | | *10* JUDGE LONGABARDI | | | | | |

| MAXIMUM · FULL TERM | | | GOODTIME AMOUNT | | | MAXIMUM · GOODTIME | | | EFFECTIVE DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YRS. 02 | MOS. 03 | DAYS 00 | YRS. 00 | MOS. 05 | DAYS 15 | YRS. 01 | MOS. 09 | DAYS 15 | MO. 08 | DAY 04 | YR. 81 |

| MAX · FT · EXPIRATION DATE | | | PAROLE ELIGIBILITY GOODTIME | | | MAX · GT · EXPIRATION DATE | | | PAROLE ELIGIBILITY DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO. 11 | DAY 02 | YR. 83 | YRS. 00 | MOS. 07 | DAYS 23 | MO. 05 | DAY 21 | YR. 83 | MO. 03 | DAY 24 | YR. 82 |

| FINES | COSTS | RESTITUTION | BAIL |
|---|---|---|---|
| | | | |

| SPECIAL CONDITIONS: PAROLES · PROBATIONS · REMARKS ON SENTENCE | OFFENSES |
|---|---|
| As to 0902, sentenced to (2)years with 17 days credit, 0901, pay costs sentenced to (3) months to sentence on Conspiracy 3rd. | Consp 3rd (M) Tres 2nd (M) |

### 2. THE SENTENCE WHICH THIS INMATE IS CURRENTLY UNDERGOING IS CHANGED AS FOLLOWS:

| TYPE OF CHANGE: | ☐ OVERLAPPING CONCURRENT SENT. | ☒ CONSECUTIVE SENT. | ☐ UNDERLAPPING CONCURRENT SENT. | ☐ RECONSIDERED SENTENCE | ☐ CORRECTED COMMITMENT | ☐ COMMUTED SENTENCE | ☐ RECOMPUTED SENTENCE |
|---|---|---|---|---|---|---|---|

| DATE SENTENCED OR CHARGED | | | INDICTMENTS · TERM · COURT | | | JUDGE · MAGISTRATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO. 04 | DAY 08 | YR. 82 | IN-81-1063,1065,1064,1062, 1059,1067,1061,1060,1066  SC/NCC | | | Judge Bush | | | *ON 13 YEARS* | | |

| MAXIMUM · FULL TERM | | | GOODTIME AMOUNT | | | MAXIMUM · GOODTIME | | | EFFECTIVE DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YRS. 15 | MOS. 03 | DAYS 00 | YRS. 04 | MOS. 08 | DAYS 20 | YRS. 10 | MOS. 08 | DAYS 10 | MO. 11 | DAY 02 | YR. 83 |

| MAX · FT · EXPIRATION DATE | | | PAROLE ELIGIBILITY GOODTIME | | | MAX · GT · EXPIRATION DATE | | | PAROLE ELIGIBILITY DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO. 11 | DAY 01 | YR. 96 | YRS. 04 | MOS. 00 | DAYS 14 | MO. 02 | DAY 14 | YR. 92 | MO. 08 | DAY 16 | YR. 85 |

*10-24-96*

| FINES | COSTS | RESTITUTION | BAIL |
|---|---|---|---|
| | | | |

| SPECIAL CONDITIONS: PAROLES · PAROLES · REMARKS ON SENTENCE | OFFENSES |
|---|---|
| 1063 sentenced 2yrs beg. 11-03-83, 1065,-2 yrs; 1064,-2yrs; 1062,-2yrs 1059,-1yr; 1067,-1yr; 1061,-1yr; 1060,-1yr; 1066,-1yr; (total 13yrs.) PE&GT computed on 15years and 3 months. | Burg.2nd (3cts.) Burg 2nd (2cts.) Theft (F), Consp (M), Theft(M), UnAuth Use Motor vehicle. |

### 3. A DETAINER HAS BEEN LODGED AGAINST THIS INMATE AS FOLLOWS:

| FROM (INCLUDING ADDRESS) | | | CHARGING |
|---|---|---|---|
| | | | |

| DETAINER DATE | INDICTMENT-WARRANT NOS. | REMARKS |
|---|---|---|
| | | |

### 4. A DETAINER PREVIOUSLY LODGED AGAINST THIS INMATE HAS BEEN DROPPED AS FOLLOWS:

| FROM (INCLUDING ADDRESS) | | CHARGING |
|---|---|---|
| | | |

| DETAINER DATE | INDICTMENT-WARRANT NOS. | METHOD OF DISPOSITION | REMARKS |
|---|---|---|---|
| | | | |

### 5.

*15 years 3 month was Calculated on the 13 years or Good time, See netted page (Goodtime amount)(4-8-24) on 15 years, missing the top goodtime amount or 5 mon. 15 days*

| REPORTING OFFICER'S SIGNATURE | REPORTING OFFICER'S NAME · TITLE |
|---|---|
| *Brenda Calloway* | Brenda Calloway |

| 1. PRISONER'S COPY (WHITE) | 2. RECORDS AND STATISTICS (GREEN) | 3. WARDEN OR DRP · COPY (CANARY) | 4. INSTITUTION · AGENCY FILES (PINK) | 5. IBM (GOLDENROD) |
|---|---|---|---|---|

OC-18)

## BUREAU OF ADULT CORRECTION

| INSTITUTION OR AGENCY (1) | NUMBER (2-7) | NAME - LAST | FIRST | MIDDLE | (8-11) |
|---|---|---|---|---|---|

☐ 1. WCI —  ☐ 4.  — DOI  529799  WOODS,  Daniel  M.
☐ 2. DDC —  ☐ 7.  — DOII  
☐ 3. SCI —  ☐ 8.  — CSP  
☐ 4. WRC —  ☐ 9. PTA —  
☐ 5.  — CO  ☐ 0.  — DOII 9    4617 Patrician Terrace Apts.    Wilmington, DE

RESIDENCE CODE (12-14)

| COMMITMENT STATUS (25) | MARITAL STATUS (26) | RACE AND SEX (27) |
|---|---|---|

☐ 1. DETENTIONER-HOLD  
☐ 2. DETENTIONER-SUPP.    3  ☐ 1. SINGLE  
☐ 3. SENT. PRISONER-NYR    ☐ 2. MARRIED-CL  1  ☐ 1. MALE-WHITE  1  ☐ 5. FEMALE-WHITE  
☐ 4. SENT. PRISONER-PV    ☐ 3. SEPERATED    ☐ 2. MALE-NEGRO    ☐ 6. FEMALE-NEGRO  
☐ 5. SENT. PRISONER-E    ☐ 4. DIVORCED    ☐ 3. MALE-AMERICAN INDIAN    ☐ 7. FEMALE-AMERICAN INDIAN  
☐ 6. PROBATIONER    ☐ 5. WIDOWED    ☐ 4. MALE-MONGOLIAN    ☐ 8. FEMALE-MONGOLIAN  
☐ 7. PAROLEE  
☐ 8. OTHER

| RELIGION (28) | AGE (29-30) | BIRTHDATE (31-32) | | | BIRTHPLACE (33-35) | (CITY OR TOWN) | (STATE) |
|---|---|---|---|---|---|---|---|
| | | MONTH | DAY | YEAR | | | |
| Christian | 19 | 02 | 06 | 62 | | Wilmington, DE | |

| DATE RECEIVED (36-41) | | | METHOD OF ADMISSION (42-44) |
|---|---|---|---|
| MONTH | DAY | YEAR | |
| 04 | 08 | 82 | C |

Burg. 2nd (3cts.), Burg 2nd (2cts.), Theft (F), Consp. 3r[c] (M), Theft (M), UAUO motor vehicle

SENTENCE INFORMATION Consp. 3rd (M), Theft 2nd (M)

| DATE SENTENCED | | | INDICTMENTS - TERM - COURT | JUDGE - MAGISTRATE | OFFENSE CODE (45-47) | TYPE OF SENTENCE CODE (48) |
|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | IN-81-1063,1064,1065,1062, | | | |
| 08 | 25 | 81 | 1059,1067,1061,1060,1066 | Bush | | |
| | | | P-81-0409902,0901. SC/NCC | | | |

| MAXIMUM FULL TERM (49-54) | | | YEARS | MONTHS | DAYS | YEARS | MONTHS | DAYS | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YEARS | MONTHS | DAYS | | | | | | | | | |
| 15 | 03 | 00 | 04 | 08 | 20 | 10 | 08 | 10 | 08 | 04 | 81 |

MAX FT EXPIRATION DATE    PAROLE ELIGIBILITY GOOD-TIME    MAX LESS GT-EXPIRATION DATE    EFFECTIVE DATE (61-66)    PAROLE ELIGIBILITY DATE

| MONTH | DAY | YEAR | YEARS | MONTHS | DAYS | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 01 | 96 | 04 | 00 | 14 | 02 | 14 | 92 | 08 | 16 | 85 |

FINES    COSTS    RESTITUTION    BAIL (55-60)

PROB / Thead 99cts

SPECIAL CONDITIONS: PAROLE - PROBATIONS - DETAINERS SUMMARY REMARKS ON SENTENCE

inmate was sentenced on 08-25-81, he went to court on 04-08-82 and was given 13 more years, therefore, PE/GT was computed on 15yr and 3 months.

### RELEASE INFORMATION

| METHOD OF RELEASE (67-55) | DATE OF RELEASE (70-75) | | | TIME SERVED (76-80) | | RELEASED TO WHOM? |
|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | MONTHS | DAYS | |
| P | 04 | 27 | 89 | 092 | 23 | Street |

IMMEDIATE RELATIVES FOR VISITING
WHERE THERE IS AN ABSENCE OF RELATIVES SUBSTITUTE ONE RESOURCE PERSON, INDICATE WITH AN ASTERISK (*) PERSON INMATE WISHED TO HAVE CONTACTED IN THE EVENT OF AN EMERGENCY.

| RELATIONSHIP | FULL NAME | ADDRESS (NO., STREET, CITY) | TELEPHONE NO. |
|---|---|---|---|
| Mother | Ruth Woods | Same | 995-1627 |

### RECORD OF TRANSFER

FURLOUGH

| DATE | FROM | TO | TYPE | DATE DPT. | DATE RTN. | REMARKS |
|---|---|---|---|---|---|---|
| | | | | 11-7-86 | 1-20-87 | M P H |
| 3/6/82 | P.T.A. | D.C.C. | MEDICAL | | | |
| 8/30/82 | DCC | PTA | | | | |
| 4-28-83 | SCI | TLH | | | | |
| 4-29-83 | TLH | DCC | | | | |
| 7/9/84 | DCC | SCI | 4-21-88 | Plummer to DCC | | |
| 11-7-86 | SCI | PH | 12/15/88 | DCC to Plummer | | |
| 2-13-87 | CH | DCC | | | | |
| 10-15-87 | DCC | PH | | | | |

NOTE ANY UNUSUAL SITUATION OR BEHAVIOR AT ADMISSION OR INTERVIEW

B. Calloway    05-05-82
REPORTING OFFICER    DATE

| 1. RECORDS AND STATISTICS (WHITE) | 2. CLASSIFICATION (GREEN) | 3. INSTITUTION-AGENCY FILES (CANARY) | 4. HOLD FOR RELEASE (PINK) | 5. INMATE (GOLDENROD) |
|---|---|---|---|---|

OC-101

# BUREAU OF ADULT CORRECTION

MPCJF

| NUMBER 723641 | NAME — LAST WOODS, | | FIRST Daniel | | | MIDDLE Marty | |
|---|---|---|---|---|---|---|---|

| ADDRESS (NO. AND STREET) | | CITY | | STATE | SBI NO. |
|---|---|---|---|---|---|
| 1008 Stanton Road | | WIlmington | | De. | |

| COMMITMENT STATUS | MARITAL STATUS | RACE | SEX |
|---|---|---|---|
| ☐ 1. DETENTIONER-HOLD  ☐ 6. PROBATIONER<br>☐ 2. DETENTIONER-PV  ☐ 7. PAROLEE<br>☐ 3. SENT. PRISONER-NYR  ☐ 8. DUAL SENT. (P&P)<br>☐ 4. SENT. PRISONER-PV<br>☐ 5. SENT. PRISONER-E    1 | ☐ 1. SINGLE<br>☐ 2. MARRIED-CL<br>☐ 3. SEPARATED<br>☐ 4. DIVORCED    1<br>☐ 5. WIDOWED | ☐ 1. WHITE/CAUCASIAN<br>☐ 2. BLACK<br>☐ 3. AMERICAN INDIAN<br>☐ 4. ASIAN    1<br>☐ 5. PUERTO RICAN | ☐ MALE<br>☐ FEMALE<br>M |

| RELIGION | AGE | BIRTHDATE MONTH / DAY / YEAR | NO. OF SENT. | U.S. CITIZEN | BIRTHPLACE (CITY OR TOWN) | (STATE) |
|---|---|---|---|---|---|---|
| Christian | 28 | 02 / 06 / 62 | 0 | ☐ YES  ☐ NO | Wilm | De. |

| DATE RECEIVED MONTH / DAY / YEAR | METHOD OF ADMISSION | PENDING CHARGES | OFFENSES |
|---|---|---|---|
| 01 / 05 / 90 | EDPB | 22 | Violation of Parole |

## SENTENCE STATUS INFORMATION

| DATE SENTENCED MONTH / DAY / YEAR | INDICTMENT NOS. — COURT | JUDGE | OFFENSE CODE | TYPE OF SENTENCE CODE |
|---|---|---|---|---|
| | Parole Bd. | Casson | | |

| MAXIMUM FULL TERM YEARS / MONTHS / DAYS | GOOD-TIME AMOUNT YEARS / MONTHS / DAYS | MAXIMUM LESS GOOD-TIME YEARS / MONTHS / DAYS | EFFECTIVE DATE MONTH / DAY / YEAR |
|---|---|---|---|
| | | | |

| MAX FT EXPIRATION DATE MONTH / DAY / YEAR | PAROLE ELIGIBILITY GOOD-TIME YEARS / MONTHS / DAYS | MAX LESS GT-EXPIRATION DATE MONTH / DAY / YEAR | PAROLE ELIGIBILITY DATE MONTH / DAY / YEAR |
|---|---|---|---|
| | | | |

| FINES | COSTS | RESTITUTION | BAIL None |
|---|---|---|---|

SPECIAL CONDITIONS: PAROLE · PROBATIONS · DETAINERS SUMMARY REMARKS ON SENTENCE

Held for Parole Board

## RELEASE INFORMATION

| METHOD OF RELEASE | DATE OF RELEASE MONTH / DAY / YEAR | TIME SERVED MONTHS / DAYS | RELEASED TO WHOM? |
|---|---|---|---|

### IN CASE OF EMERGENCY NOTIFY:

| RELATIONSHIP Sister | FULL NAME Dineen Woods | ADDRESS (NO., STREET, CITY) Same | TELEPHONE 652076 |
|---|---|---|---|

## RECORD OF TRANSFER

| DATE | FROM | TO | TYPE | DATE DPT. | FURLOUGH/SC UNIT DATE RTN. | REMARKS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Held for CCPNCC Burg (6 cts)$30,000.00 bail
Theft (7 cts) $35,000.00                                    (Sprulock notified)
Consp 2nd $1,000.00
RSP $5,000.00
Theft of firearm (4 cts) $20,000.00                 P. Riter          01-08-90
Forgery 2nd, (3 cts) $1,500.00 bail Total $110,000.00     REPORTING OFFICER        DATE
                          $5,000.00

| | CCIC (White) | CLASSIFICATION (Green) | INMATE (Canary) | FILE (Pink) | FILE (Goldenrod) |
|---|---|---|---|---|---|
| DC-101 | | | | | |

INSTITUTION    AKA'S

BUREAU OF ADULT CORRECTION

MPCJF

| NUMBER | NAME — LAST | FIRST | MIDDLE |
|---|---|---|---|
| 823641 | WOODS, | Daniel | Marty |

| ADDRESS (NO. AND STREET) | CITY | STATE | SBI NO. |
|---|---|---|---|
| 1008 Stanton Rd. | Wilmington | Del. | |

| COMMITMENT STATUS | MARITAL STATUS | RACE | SEX |
|---|---|---|---|
| ☐ 1. DETENTIONER-HOLD  ☐ 6. PROBATIONER | ☐ 1. SINGLE | ☐ 1. WHITE/CAUCASIAN | |
| ☐ 2. DETENTIONER-PV  ☐ 7. PAROLEE | ☐ 2. MARRIED-CL  ☐ 2. BLACK | | ☐ MALE |
| ☐ 3. SENT. PRISONER-NYR  ☐ 8. DUAL SENT. (P&P) | ☐ 3. SEPARATED  ☐ 3. AMERICAN INDIAN | | ☐ FEMALE |
| ☐ 4. SENT. PRISONER-PV | ☐ 4. DIVORCED  ☐ 4. ASIAN | | |
| ☐ 5. SENT. PRISONER-E    4 | ☐ 5. WIDOWED  1  ☐ 5. PUERTO RICAN    1 | | M |

| RELIGION | AGE | BIRTHDATE | NO. OF SENT. | U.S. CITIZEN | BIRTHPLACE (CITY OR TOWN) | (STATE) |
|---|---|---|---|---|---|---|
| | | MONTH  DAY  YEAR | | | | |
| Christian | 28 | 02  06  62 | 1 | ☐Yes ☐ NO | Wilmington | Del. |

| DATE RECEIVED | | | METHOD OF ADMISSION | PENDING CHARGES | OFFENSES |
|---|---|---|---|---|---|
| MONTH | DAY | YEAR | | | |
| 04. | 26 | 90 | TPV | 34 | Violation of Parole |

**SENTENCE STATUS INFORMATION**

| DATE SENTENCED | | | INDICTMENT NOS. — COURT | JUDGE | | OFFENSE CODE | TYPE OF SENTENCE CODE |
|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | | | | | |
| 04 | 17 | 90 | Parole Board | Casson | | | |

| MAXIMUM FULL TERM | | | GOOD-TIME AMOUNT | | | MAXIMUM LESS GOOD-TIME | | | EFFECTIVE DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YEARS | MONTHS | DAYS | YEARS | MONTHS | DAYS | YEARS | MONTHS | DAYS | MONTH | DAY | YEAR |
| 06 | 11 | 26 | 02 | 03 | 10 | 04 | 08 | 16 | 01 | 05 | 90 |

| MAX EXPIRATION DATE | | | PAROLE ELIGIBILITY GOOD-TIME | | | MAX LESS GT-EXPIRATION DATE | | | PAROLE ELIGIBILITY DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | YEARS | MONTHS | DAYS | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| 12 | 30 | 96 | 02 | 00 | 00 | 09 | 22 | 94 | 01 | 04 | 92 |

| FINES | COSTS | RESTITUTION | BAIL |
|---|---|---|---|
| Page | | | |

SPECIAL CONDITIONS: PAROLE · PROBATIONS · DETAINERS SUMMARY, REMARKS ON SENTENCE

Served from 8/4/87 to 4/27/89 on 7 years 8 months 24 days. Must serve from 11/1/89 to 11/1/96 on
6 years 11 months 26 days. GT computed on an accelerated rate per month. Parole was revoked. You
& will serve the balance of sentence from which you were paroled. You must also serve the time

**RELEASE INFORMATION**

| METHOD OF RELEASE | DATE OF RELEASE | | | TIME SERVED | | RELEASED TO WHOM? |
|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | MONTHS | DAYS | |
| Paroled | 09 | 19 | 2002 | | | Street |

| IN CASE OF EMERGENCY NOTIFY: | | | |
|---|---|---|---|
| RELATIONSHIP | FULL NAME | ADDRESS (NO., STREET, CITY) | TELEPHONE NO. |
| Sister | Dineen Woods | Same | 633-1076 |

**RECORD OF TRANSFER** / **FURLOUGH/SC UNIT**

| DATE | FROM | TO | TYPE | DATE DPT. | DATE RTN. | REMARKS |
|---|---|---|---|---|---|---|
| 5/24/90 | G-H | DCC | | 8-10-99 | DP 13 | |
| 9.11.90 | DCC | P.A. | Return | | | |
| 11.19.90 | PA | DCC | | | | |
| 11-28-92 | SCI | GH | | | | |
| 3-26-96 | GH | DCC | | | | |

you were in absconder status, which is the time from date warrant was issued 11/1/89 until date
returned ✗✗✗ to custody. You will lose your goodtime including meritorious goodtime under 11
Del C §4382. You may reapply for a parole consideration at your new parole eligibility date or
after 24 months, whichever is later.          Also held for SCKC for $3,000.00 secured
Also held for SCHCC for $121,000.00 secured          Burglary 2nd, Theft
Burg (6cts), Theft (8cts), Consp 2nd(4cts), RSP, Forg 2nd(3cts) L. Sullivan          4/26/90
Tehft of Firearms(4cts), Att Burg, Crim Misch(3cts),          REPORTING OFFICER          DATE
Poss Burg Tools, Theft of AU

| COIC (White) | CLASSIFICATION (Green) | INMATE (Canary) | FILE (Pink) | FILE (Goldenrod) |
|---|---|---|---|---|

DC-101

FILE

SENTENCE STATUS REPORT    DELAWARE DEPARTMENT OF CORRECTION

DOCUMENT NO. 35-02/58/10/0001 - DC 45

| NUMBER | COMMITMENT NAME | INSTITUTION/AGENCY | DATE OF REPORT |
|---|---|---|---|
| 823641 | WOODS, Daniel Marty (DOB: 2-6-62 SBI: 164728) | DCC | 6-12-90 |

A SENTENCE STATUS REPORT IS SUBMITTED ON THE ABOVE INMATE, AS INDICATED BY CHECKED SECTION(S)

**1. THE SENTENCE WHICH THIS INMATE IS CURRENTLY UNDERGOING IS AS FOLLOWS:**

| DATE SENTENCED OR CHARGED | | | INDICTMENT - TERM - COURT | | | JUDGE - MAGISTRATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO. | DAY | YR. | | | | | | | | | |
| 06 | 01 | 90 | IN90-01-0888,0878,1851NI,1852NI,1541,1535, | | | Herlihy | | | | | |

| MAXIMUM - FULL TERM | | | GOODTIME AMOUNT | | | MAXIMUM - GOODTIME | | | EFFECTIVE DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YRS. | MOS. | DAYS | YRS. | MOS. | DAYS | YRS. | MOS. | DAYS | MO. | DAY | YR. |
| 30 | 00 | 00 | 09 | 06 | 27 | 20 | 05 | 03 | 01 | 05 | 90 |

| MAX - FT - EXPIRATION | | | PAROLE ELIGIBILITY GOODTIME | | | MAX - GT - EXPIRATION DATE | | | PAROLE ELIGIBILITY DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO. | DAY | YR. | YRS. | MOS. | DAYS | MO. | DAY | YR. | MO. | DAY | YR. |
| 12 | 30 | 2019 | 07 | 08 | 27 | 06 | 23 | 2010 | 09 | 26 | 97 |

| FINES | COSTS | RESTITUTION | BAIL |
|---|---|---|---|
| | | | |

SPECIAL CONDITIONS; PAROLES - PROBATIONS - REMARKS ON SENTENCE    as to 0888 be imp effec 1-5-90

LEVEL V for 10 yrs, 0878 be imp consec LEVEL V for 4 yrs, 1851NI consec LEVEL V for
4 yrs, 1852NI consec LEVEL V for 4 yrs, 1541 consec LEVEL V for 4 yrs, 1535 consec
LEVEL V for 8 yrs susp after 4 yrs for LEVEL IV(Inpatient Drug Treatment)(CONTINUED

OFFENSES

Burglary II(F)(5cts)
Attempted Burglary II

**X   2. THE SENTENCE WHICH THIS INMATE IS CURRENTLY UNDERGOING IS CHANGED AS FOLLOWS:**

| TYPE OF CHANGE: | ☐ OVERLAPPING | ☐ CONCURRENT SENT. XXX | ☐ CONSECUTIVE SENT. | ☐ UNDERLAPPING CONCURRENT SENT. | ☐ RECONSIDERED SENTENCE | ☐ CORRECTED COMMITMENT | ☐ COMMUTED SENTENCE | ☐ RECOMPUTED SENTENCE |

| DATE SENTENCED OR CHARGED | | | INDICTMENT - TERM - COURT | | | JUDGE - MAGISTRATE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO. | DAY | YR. | | | | | | | | | |
| 04 | 17 | 90 | Parole board | | | Casson | | | | | |

| MAXIMUM - FULL TERM | | | GOODTIME AMOUNT | | | MAXIMUM - GOODTIME | | | EFFECTIVE DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| YRS. | MOS. | DAYS | YRS. | MOS. | DAYS | YRS. | MOS. | DAYS | MO. | DAY | YR. |
| 06 | 11 | 26 | 02 | 03 | 10 | 04 | 08 | 16 | 12 | 30 | 2019 |

| MAX - FT - EXPIRATION F | | | PAROLE ELIGIBILITY GOODTIME | | | MAX - GT - EXPIRATION DATE | | | PAROLE ELIGIBILITY DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MO. | DAY | YR. | YRS. | MOS. | DAYS | MO. | DAY | YR. | MO. | DAY | YR. |
| 12 | 25 | 2026 | 09 | 05 | 19 | 02 | 24 | 2015 | 06 | 20 | 99 |

| FINES | COSTS | RESTITUTION | BAIL |
|---|---|---|---|
| • | | | |

SPECIAL CONDITIONS; PAROLES - PROBATIONS - REMARKS ON SENTENCE

see 101 dated 4-26-90

TOTAL: 36 years 11 months 26 days   Do not post credits below 4-16-92

OFFENSES

Violation of Parole

**3. A DETAINER HAS BEEN LODGED AGAINST THIS INMATE AS FOLLOWS:**

| FROM (INCLUDING ADDRESS) | | CHARGING | |
|---|---|---|---|
| DETAINER DATE | INDICTMENT-WARRANT NOS. | REMARKS | |

**4. A DETAINER PREVIOUSLY LODGED AGAINST THIS INMATE HAS BEEN DROPPED AS FOLLOWS:**

| FROM (INCLUDING ADDRESS) | | CHARGING | |
|---|---|---|---|
| DETAINER DATE | INDICTMENT-WARRANT NOS. | METHOD OF DISPOSITION | REMARKS |

**5.**

Section 1 continued - Upon completion of drug treatment program the Defendant will
be placed at LEVEL III for 1 year.

NOTE:   Per Title 11 Sec 4352 Parole Violation to run last suspended

(C. DiMate 1/23/97)

REPORTING OFFICER'S SIGNATURE

REPORTING OFFICER'S NAME - TITLE

V. Hayes, Statistical Clerk II

1. PRISONER'S COPY (WHITE) 0C-101    2. RECORDS AND STATISTICS (GREEN)    3. WARDEN OR DAP - COPY (CANARY)    4. INSTITUTION - AGENCY FILES (PINK)    5. IBM (GOLDENROD)

## Offender Status Sheet

Date: 12/10/2004

SBI #: 00164728    Name: DANIEL M WOODS
Location(s): HRYCI    Level(s): 5,0    Race: WHITE    DOB: 02/06/1962
AKA: DANIEL M WOODS
Offender Type: Sentenced    Officer(s):

### Level: 5

Start Date: 08/10/2004    MED: 01/12/2027    STRD: 02/28/2018    ADJ: 02/28/2018    PED:    Statutory Days Earned: 3,240.00

| Case # Court | CRA # Judge | Charge Desc Sen Type/Sentence Date | Status/Eff Date | Length Yr Mr D | Start Dt | MED | STRD | ARD Date | CR Vr |
|---|---|---|---|---|---|---|---|---|---|
| DACS00003 | in90010888 | VIOL OF PAROLE | Current - | 22 5 3 | 08/10/2004 | 01/12/2027 | 02/28/2018 | 02/28/2018 | |
| PRLB | Dwight Holden | PAROLE VIOLAT 11/09/2004 08/10/2004 | | | | | | | |

Special Conditions:

| CR # | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| in90010888 | 5 | CRT1 | Other Conditions: | Your parole was revoked. You will serve the balance of the sentence from which you were paroled. You will lose your previously earned good-time including meritorious good-time earned under the provisions of 11 Del. C., Chapter 43, Subchapter VIII. Served from 01/05/90 to 02/26/04 or (14yrs.6 mos. 22 days.) Must serve from 08/10/04 to 01/12/2027 or (22yrs. 5 mos. 3 days.) Also must serve the time you were in absconder status, which is the time from the date the warrant was issued(07/26/04) until the date you were returned to custody(08/10/04). Good time computed at an accelerated rate of 10 days per month. However, after due consideration of your case, the Board decided: You may reapply for parole consideration in 48 months on this sentence. eiw |







SUPERIOR COURT
OF THE
STATE OF DELAWARE

RICHARD F. STOKES
JUDGE

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5264

May 10, 2005

Daniel M. Woods
SBI# 00164728
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, DE 19801

Re:    Def. ID# 0408025957 and 0409022646

Dear Mr. Woods:

The Court is in receipt of your motion to correct illegal sentence received on May 4, 2005 requesting credit for time served while waiting for sentencing. On February 9, 2005, I sentenced you as to criminal action number 04-09-0640 to eight (8) years at level V with credit for 163 days previously served. Suspended after serving one (1) year at level V, followed by declining levels of probation. The 163 days credit is for the period from August 31, 2004 until February 9, 2005.

Defendant's request to correct illegal sentence is denied based upon the fact that the Court gave the defendant credit for time previously served. IT IS SO ORDERED.

Very truly yours,

Richard F. Stokes

RFS:tlj

cc:    Prothonotary's Office

## Offender Status Sheet

Date: 03/28/2005

SBI #: 00164728          Name: DANIEL M WOODS
Location(s): HRYCI        Level(s): 5.0          Race: WHITE          DOB: 02/06/1962
AKA: DANIEL M WOODS
Offender Type: Sentenced                          Officer(s):

| | | | Level: 5.0 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: 02/09/2005    MED: 01/02/2029    STRD: 07/03/2021    ADJ: 07/03/2021    PED: 11/19/2008    Statutory Days Earned: 2,740.00

| CASE#/ Court | FOR#/ Judge | Charge Desc/ Sent Type/ Sentence Date | Status/ Eff Date | Length Y M D | Start Dt | MED | STRD | Adj Date Or Wr |
|---|---|---|---|---|---|---|---|---|
| 0408025957 | IS04090640 | BURGLARY 2ND | Current | 1 0 0 | 02/09/2005 | 02/08/2006 | 01/15/2006 | 01/15/2006 |
| U9 | Richard F Stokes | STANDARD 02/09/2005 | 02/09/2005 | | | | | |
| 0408025957 | IS04090641 | BURGLARY 2ND | Current | 1 0 0 | 02/08/2006 | 02/07/2007 | 12/09/2006 | 12/09/2006 |
| U9 | Richard F Stokes | STANDARD 02/09/2005 | 02/09/2005 | | | | | |
| DACS00003 | in90010888 | VIOL OF PAROLE | Current | 21 10 27 | 02/07/2007 | 01/02/2029 | 07/03/2021 | 07/03/2021 |
| PRLB | Dwight Holden | PAROLE VIOLAT 11/09/2004 | 02/03/2007 | | | | | |

### Special Conditions:

| CR#/ Level | Code | Condition Description | Condition Comments |
|---|---|---|---|
| IS04090640 | 5 CRT1 | Other Conditions: | As to 0640: SENTENCE TO LEVEL 5 FOR 8 YRS. SUSPEND AFTER 1 YR. FOR 2 YRS LEVEL 3. ELW |
| IS04090641 | 5 CRT1 | Other Conditions: | As to 0641: SENTENCE TO LEVEL 5 FOR 8 YRS. SUSPEND AFTER 1 YR. FOR 2 YRS LEVEL 3. ELW |
| in90010888 | 5 CRT1 | Other Conditions: | Your parole was revoked. You will serve the balance of the sentence from which you were paroled. You will lose your previously earned good-time including meritorious good-time earned under the provisions of 11 Del. C., Chapter 43, Subchapter VIII. Served from 01/05/90 to 09/19/02 Must serve from 08/10/04 to 12/25/2026 or (22yrs. 4 mos. 29 days.) Also must serve the time you were in absconder status, which is the time from the date the warrant was issued(07/26/04) until the date you were returned to custody(08/10/04). Good-time computed at an accelerated rate of 10 days per month. However, after due consideration of your case, the Board decided: You may reapply for parole consideration in 48 months on this sentence. elw

Sentence interrupted to serve TIS sentences. Balance to serve is 21 years, 10 months 27 days. and shall run consecutive to TIS sentences for new charges.
Total time to serve is 2 years TIS and 21 years 10 months 27 days non-TIS. Goodtime on non-TIS is at accelerated rate of 10 days per month. |



## Offender Status Sheet

Date: 03/24/2005

SBI #: 00164728                    Name: DANIEL M WOODS
Location(s): HRYCI                 Level(s): 5.0          Race: WHITE        DOB: 02/06/1962
AKA:        DANIEL M WOODS
Offender Type: Sentenced                                 Officer(s):

| Start Date: 02/09/2005 | | MED: 01/29/2029 | | STRD: 01/04/2022 | ADJ: 01/04/2022 | | | | PED: | | | Statutory Days Earned: 2,582.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASE #/ Court | CRA#/ Judge | Charge Desc/ Sent Type/Sentence Date | | Status/ Eff Date | Length Y M D | | | Start Dt | MED | STRD | Adj Date | CR/W |
| 0408025957 | IS04090640 | BURGLARY 2ND | | Current | 1 | 0 | 0 | 02/09/2005 | 02/08/2006 | 01/15/2006 | 01/15/2006 | |
| U9 | Richard F Stokes | STANDARD | 02/09/2005 02/09/2005 | | | | | | | | | |
| 0408025957 | IS04090641 | BURGLARY 2ND | | Current | 1 | 0 | 0 | 02/08/2006 | 02/07/2007 | 12/08/2006 | 12/08/2006 | |
| U9 | Richard F Stokes | STANDARD | 02/09/2005 02/09/2005 | | | | | | | | | |
| DACS00003 | in90010888 | VIOL OF PAROLE | | Current | 21 | 11 | 27 | 02/03/2007 | 01/29/2029 | 01/04/2022 | 01/04/2022 | |
| PRLB | Dwight Holden | PAROLE VIOLAT | 11/09/2004 02/03/2007 | | | | | | | | | |

**Special Conditions:**

| CRA# | Level | Code | Condition Description | Condition Comments |
|---|---|---|---|---|
| IS04090640 | 5 | CRT1 | Other Conditions: | As to 0640: SENTENCE TO LEVEL 5 FOR 8 YRS. SUSPEND AFTER 1 YR. FOR 2 YRS LEVEL 3. ELW |
| IS04090641 | 5 | CRT1 | Other Conditions: | AS TO 0641: SENTENCE TO LEVEL 5 FOR 8 YRS. SUSPEND AFTER 1 YR. FOR 2 YRS LEVEL 3. ELW |
| in90010888 | 5 | CRT1 | Other Conditions: | Your parole was revoked. You will serve the balance of the sentence from which you were paroled. You will lose your previously earned good-time including meritorious good-time earned under the provisions of 11 Del. C., Chapter 43, Subchapter VIII. Served from 01/05/90 to 07/26/04 or (14yrs.6 mos. 22 days.) Must serve from 08/10/04 to 01/12/2027 or (22yrs. 5 mos. 3 days.) Also must serve the time you were in absconder status, which is the time from the date the warrant was issued(07/26/04) until the date you were returned to custody(08/10/04). Good time computed at an accelerated rate of 10 days per month. However, after due consideration of your case, the Board decided: You may reapply for parole consideration in 48 months on this sentence. elw |
| | | | | Sentence interrupted to serve TIS sentence. Served 5 mos. 30 days. Left to serve is 21yrs. 11 mos. 27 days. elw |

Page 1 of 1

Exhibit - 2



STATE OF DELAWARE

## BOARD OF PAROLE

CARVEL STATE OFFICE BUILDING - FIFTH FLOOR
820 N. FRENCH STREET
WILMINGTON, DELAWARE 19801

DWIGHT F. HOLDEN
CHAIRPERSON

TELEPHONE: (302) 577-5233
FAX: (302) 577-3501

November 10, 2004

Mr. Daniel M. Woods
SBI#00164728
Gander Hill Facility
1301 E. 12th Street
Wilmington, DE

### RE: HEARING ON PAROLE VIOLATION CHARGE(S)

You are hereby notified that at the hearing of the Board of Parole on Tuesday, November 9, 2004, you were found guilty of violating the following conditions of your parole:

1.  You shall not commit a new criminal offense or moving motor vehicle offense during the supervision period.   This includes the charges of Escape after conviction, Escape 3RD and Motor Vehicle offenses.

3.  You must report to your supervising officer at such times and places as directed, and permit the Probation/Parole Officer to enter your home and/or visit places of employment.

7.  You are not to possess or consume a controlled substance or other dangerous drugs unless prescribed lawfully. You are subject to random testing as directed by your Supervising Officer.

9.  You must comply with any Special conditions imposed at any time by your Supervising Officer, the Court and/or Board of Parole.

You were further advised that:

1.  Your parole was revoked.

2.  You will serve the balance of the sentence from which you were paroled.

3.  You will lose your previously earned good-time including meritorious good-time earned under the provisions of 11 Del. C., Chapter 43, Subchapter VIII.

4.  You must also serve the time you were in absconder status, which is the time from the date the Warrant was issued (7/26/04) until the date you were returned to custody (8/10/04).

Exhibit - 1
1 of 4 pgs

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE                    )        CRIMINAL ACTION NUMBER

        VS                           )        P-81-04-0902
                                              CONSPIRACY THIRD DEGREE (H)
DANIEL M. WOODS                      )
DOB:  FEBRUARY 6, 1962                        P-81-04-0901
                                     )        CRIMINAL TRESPASS SECOND
        DEFENDANT                             DEGREE (M)
                                     )

IT IS THE SENTENCE OF THIS COURT THAT THE DEFENDANT SHALL:

AS TO P-81-04-0902:

1. Pay the costs of prosecution.

2. Be imprisoned for a period of two (2) years beginning
   August 21, 1981 and ending August 20, 1983 with a credit
   of seventeen (17) days already served.

AS TO P-81-04-0901:

1. Pay the costs of prosecution.

2. Be imprisoned for a period of three (3) months beginning
   at the termination of the sentence imposed in P-81-04-0902
   and ending three (3) months thereafter.

AS TO BOTH:

1. Be committed to the Department of Corrections for the
   purpose of carrying out this sentence.

August 21, 1981

Total Court Costs    $26.40

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | CRIMINAL ACTION NUMBER |
| VS. | ) | IN81-08-1063 |
| | | BURGLARY SECOND DEGREE (F) |
| DANIEL M. WOODS | ) | |
| DOB:  FEBRUARY 6, 1962 | | IN81-08-1065 |
| | ) | BURGLARY SECOND DEGREE (F) |
| DEFENDANT | | |
| | ) | IN81-08-1064 |
| | | BURGLARY SECOND DEGREE (F) |
| | ) | |
| | | IN81-08-1062 |
| | ) | BURGLARY SECOND DEGREE (F) |
| | | |
| | ) | IN81-08-1059 |
| | | BURGLARY SECOND DEGREE (F) |
| | ) | |
| | | IN81-08-1067 |
| | ) | THEFT OVER $300.00 (F) |
| | | |
| | ) | P81-08-1060 |
| | | THEFT UNDER $300.00 (M) |
| | ) | |
| | | P81-08-1061 |
| | ) | CONSPIRACY THIRD DEGREE (M) |
| | | |
| | ) | P81-08-1066 |
| | | UNAUTHORIZED USE OF A VEHICLE |
| | ) | (M) |
| | ) | |

IT IS THE SENTENCE OF THIS COURT THAT THE DEFENDANT SHALL:

AS TO IN81-08-1063:

1.  Pay the costs of prosecution.

2.  Be imprisoned for the period of two (2) years beginning
    November 3, 1983 and ending November 2, 1985.

B      2

Exhibit - 2

STATE OF DELAWARE VS. DANIEL M. WOODS

PAGE TWO

AS TO IN81-08-1065:

1. Pay the costs of prosecution.

2. Be imprisoned for the period of two (2) years beginning November 2, 1985 and ending November 1, 1987.

AS TO IN81-08-1064:

1. Pay the costs of prosecution.

2. Be imprisoned for the period of two (2) years beginning November 1, 1987 and ending October 31, 1989.

AS TO IN81-08-1062:

1. Pay the costs of prosecution.

2. Be imprisoned for the period of two (2) years beginning October 31, ~~1989~~ and ending October 30, 1991.
   1990

AS TO IN81-08-1059:

1. Pay the costs of prosecution.

2. Be imprisoned for the period of two (2) years, suspended after serving one (1) year, beginning October 30, 1991 and ending October 29, 1992.

AS TO IN81-08-1067:

1. Pay the costs of prosecution.

2. Be imprisoned for the period of one (1) year beginning October 29, 1992 and ending October 28, 1994.

AS TO P81-08-1060:

1. Pay the costs of prosecution.

2. Be imprisoned for the period of one (1) year beginning October 28, 1994 and ending October 27, 1995.

8      3

*Exhibit - 2*

STATE OF DELAWARE VS. DANIEL M. WOODS

PAGE THREE

AS TO P81-08-1061:

1.  Pay the costs of prosecution.

2.  Be imprisoned for the period of one (1) year beginning
    October 27, 1994 and ending October 26, 1995.

AS TO P81-08-1066:

1.  Pay the costs of prosecution.

2.  Be imprisoned for the period of one (1) year beginning
    October 26, 1995 and ending October 25, 1996.

AS TO ALL CHARGES:

1.  Be committed to the Department of Corrections for the purpose
    of carrying out this sentence.

April 8, 1982

_____
                       J.

Total Court Costs: $25.40

Daniel M. Wade
S.B.I #164728
1301 E. 12th St.
Stilm, De 19809
Date: 5-21-05

Commissioner
Ms. Stan Taylor

Smyrna, De.

Dear Ms. Taylor,

Could you please help me
with this matter. I understand
you a very busy man and I'm
sorry for troubling you. But with-
out your help my sentence will
stay screwed up.
In 1989 did you "approve" the taking
of any of my meritorious goodtime
or large good time?
Is authorized this procedure? I am.
Anyway to D.C.C. records depart-
ment? Or M.P.C.J.F? All from
sentences served in their full
terms?

Daniel M. Woods

S.B.I #164728

2K-15

Records Dept.

Ms. Eccherich

H.R.U. C I

Exhibit 20

Date 3-01-05

Dear Ms Eccherich,

I am writing in Regards
to my Status Sheet and two
mistakes already. Could you
Please fix.

One: I was Arrested on 8-10-04
and see no credit for three
months time served? Before my parole hear[t]
violation took place

Two: My first status sheet dated 12-17-04
Statitory Days were give was
3,240.00 Days My Short Term Release
was 2/28/2018
two years add to this would be 2/28/202
but your Status sheet of 3/30/05 States
07/03/2021 an extra year, Also the good
time I've received on this Sentence was
Now 2,740.00 days Accelerated Rate per
month stated on Status Sheet I Receive on
12/17/2004

46

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE IN AND FOR
NEWCASTLE COUNTY

DANIEL M. WOODS                    *
                                   *
        VS                         *
                                   *        c.a.n. # 05M-08-042 j.ℛⅉ
WARDON WILLIAMS et. al.            *
                                   *
                                   *
                                   *

AFFIDAVIT FROM DANIEL M. WOODS PRESENTING EVIDANCE OF PERJURY
THROUGH AFFIDAVIT PERSENTED BY THE RECORDS SUPERVISER CINDY
WRIGHT IN THE ABOVE MATTER CASE.

I DANIEL M. WOODS HAVING BEEN DULY SWARN ACCORDING TO LAW
DEPOSE AND STATES AS FOLLOWS:

I MAKE THIS AFFIDAVIT BASED UPON PERSONAL INFORMATION AND THE
INFORMATION PERDUCED IN A AFFIDAVIT BY CINDY WRIGHT RECORDS
SUPERVISER AT THE DELAWARE CORRECTIONAL CENTER.

1.    I am an inmate at the Delaware Correctioal Center.

2     SEE EXIBIT A  court letter dated may 10, 2005.

3     Defendants produced an affidavit of defence from Cindy Wright records at the Del
      aware Correctional center in the above matter dated sept. 7, 2006.
      SEE EXHIBIT B- NUMBER 7

4     CINDY WRIGHTS affidavit addresses an issue in her affidavit exhibit B, number
      7 That she was in contact with the Honorable Judge Richard F. Stokes and she
      Stated the following perjury statements.

4     BY LETTER DATED MAY 10, 2005. JUDGE RICHARD F. STOKES
      ADVISED PLAINTIFF THAT HE HAD BEEN SENTANCED ON FEB.
      31, 2005 TO EIGHT YEARS AT LEVEL FIVE WITH THE CREDITS
      FOR 163 DAYS PREVIOUSLLY SERVED. THE CREDITS WAS FOR
      THE PERIOD FROM AUGUST 31, 2004 UNTIL FEBUARY 9, 2005.
      HOWEVER, DURING THAT PERIOD PLAINTIFF WAS SERVING
      A SENTENCE FOR VIOLATION OF PROBATION AND THERE FOR

WAS NOT ELIGGIABLE FOR THAT CREDIT. I HAVE COMMUNICATED
WITH JUDGE STOKES CHAMBERS AND TH SENTANCING ORDER WILL
BE MODIFIED TO INDICATE THAT PLAINTIFF IS NOT INTITLED TO
163 DAYS CREDIT.
SEE EXHIBIT B-7 Cindy Wrights affidavit.

SEE EXHIBIT A- B 7- C

CINDY WRIGHT RECORDS SUPERVISER HAS COMMITTED PERJURY
AND HAS SUBMITTED THESE DOCUMENTS TO THE COURT TO TRY
AND JUSTIFIE ALL THE DAMAGES DONE TO THE PLAINTIFF.

SEE EXHIBIT C. A COURT LETTER AND ORDER FROM THE
HONORABLE COURT DATED OCT. 16, 2006 THRITY NINE DAYS
AFTER CINDY WRIGHT FILED HER AFFIDAVIT STATING SHE HAD
BEEN INCONTACT WITH THE JUDGE, WHEN INFACT THAT WAS A
LIE.
SEE EXHIBIT C

THE LETTER FROM THE HONORABLE COURT STANDS BY HIS
ORIGINAL ORDER DATED MAY 10, 2005 TO CREDIT THE PLAINTIFF
WITH THE 163 DAYS CREDITS AND PLAINS NOT TO MODIFIE THAT
ORDER AS STATED BY CINDY WRIGHTS AFFIDAVIT.

SEE EXHIBIT A COURT ORDER FROM THE COURT MAY 10, 2005

SEE EXHIBIT B CINDY WRIGHTS AFFIDAVIT SEPT. 7, 2006

SEE EXHIBIT C COURT LETTER DATED OCT. 16, 2006.

I DANIEL M. WOODS SWARS UNDER PENILTYS OF PERJURY THAT
ALL THE FORGOING IS TRUE AND CORRECT TO THE BEST OF MY
ABILITYS.

DATED: 11-29-06

DANIEL M. WOODS
164728  D.C.C.
1181 DADDOCK RD.
SMYRNA, DE.
19977

SUPERIOR COURT
OF THE
STATE OF DELAWARE

RICHARD F. STOKES
Judge

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5264

May 10, 2005

Daniel M. Woods
SBI# 00164728
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, DE 19801

Re:    Def. ID# 0408025957 and 0409022646

Dear Mr. Woods:

The Court is in receipt of your motion to correct illegal sentence received on May 4, 2005 requesting credit for time served while waiting for sentencing. On February 9, 2005, I sentenced you as to criminal action number 04-09-0640 to eight (8) years at level V with credit for 163 days previously served. Suspended after serving one (1) year at level V, followed by declining levels of probation. The 163 days credit is for the period from August 31, 2004 until February 9, 2005.

Defendant's request to correct illegal sentence is denied based upon the fact that the Court gave the defendant credit for time previously served. IT IS SO ORDERED.

Very truly yours,

Richard F. Stokes

RFS:tll

cc:    Prothonotary's Office

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

DANIEL M. WOODS,                    )
                                    )
            Plaintiff,              )
                                    )
      v.                            )      C. A. No. 05M-08-042 JRJ
                                    )
WARDEN WILLIAMS and                 )
BOARD OF PAROLE,                    )
                                    )
            Defendants.             )

## AFFIDAVIT OF CINDY WRIGHT

I, Cindy Wright, having been duly sworn according to law, depose and state as follows:

1.    I make this Affidavit based upon personal information.

2.    I am employed by the State of Delaware's Department of Correction as the

Records Supervisor at the Delaware Correctional Center ("DCC") in Smyrna, Delaware.

3.    Plaintiff Daniel M. Woods ("Plaintiff") is currently incarcerated at DCC.

4.    Plaintiff's Sentence Status Report ("SSR") dated May 5, 1982 lists his Maximum

Full Time Expiration Date as November 1, 1996. *See* Exhibit A. The SSR dated April 26, 1990

lists the Maximum Full Time Expiration Date as December 30, 1996, which is 59 days later. *See*

Exhibit B.

5.    The reason for this change in dates is set forth in the in the comments section of

the April 26, 1990 SSR. Plaintiff's parole had been revoked and he had been ordered to serve the

balance of the sentence from which he had been paroled. In addition, he was sentenced to serve

the time that he was in absconder status, "which is the time from date warrant was issued 11/5/89

until date returned to custody." As reflected in Plaintiff's SSR dated January 8, 1990, Plaintiff was received back into custody on January 5, 1990, 59 days after the date of the warrant. *See* Exhibit C. Therefore, 59 days were added to his sentence.

6.    Plaintiff's SSR dated June 19, 1990 includes handwritten notes in the comments section. *See* Exhibit D. A portion of the comments at Item 5 were crossed out pursuant to the direction of Judge Herlihy. Those crossed out comments are not part of the SSR. The remaining comments in Item 5 state: "Upon completion of drug treatment program the Defendant will be placed at LEVEL III for 1 year. NOTE: Per Title 11 Sec 4352 Parole Violation to run last." While these comments are not entirely clear, they mean that Plaintiff would first serve the sentence on his most recent charges. He would then serve his violation of parole sentence. Only then would he be eligible for placement at Level III.

7.    By letter dated May 10, 2005, Judge Richard F. Stokes advised Plaintiff that he had been sentenced on February 9, 2005 to eight years at level V with credit for 163 days previously served. *See* Exhibit E. The credit was for the period from August 31, 2004 until February 9, 2005. However, during that period, Plaintiff was serving a sentence for violation of probation and therefore was not eligible for that credit. I have communicated with Judge Stokes' chambers and the sentencing order will be modified to indicate that Plaintiff is not entitled to 163 days credit.

8.    Plaintiff's SSR dated December 10, 2004 shows a short time release date ("STRD") of February 28, 2018 and statutory good time in the amount of 3,240 days. *See* Exhibit F. This SSR reflects Plaintiff's sentence for his violation of probation. The amount of good time is incorrect and the result of administrative error.

9.    The SSR dated March 24, 2005 shows a STRD of January 4, 2022 with statutory

good time in the amount of 2,582 days. *See* Exhibit G. The SSR dated March 24, 2005 is

marked "VOID" and is incorrect.

10.    The SSR dated March 28, 2005 incorporates Plaintiff's two new sentences, each

for 1 year. *See* Exhibit H attached hereto. In addition, the good time is corrected to 2,740 days.

The STRD of July 3, 2021 reflects the two new sentences and the deduction of 500 days of good

time which were previously incorrectly credited to Plaintiff.

11.    Both the SSR for 2004 and the SSR for 2005 have been superseded by Plaintiff's

most recent SSR, dated July 18, 2006. *See* Exhibit I. The STRD is June 24, 2021. This adjusted

date reflects nine days deducted as a result of an error in the sentence calculation in 1981. The

statutory good time is 2,740 days.

Cindy Wright

SWORN AND SUBSCRIBED before me this 7th day of September, 2006.

Notary

SUPERIOR COURT
OF THE
STATE OF DELAWARE

RICHARD F. STOKES
JUDGE

SUSSEX COUNTY COURTHOUSE
1 THE CIRCLE, SUITE 2
GEORGETOWN, DELAWARE 19947
TELEPHONE (302) 856-5264

October 16, 2006

Daniel M. Woods
SBI# 00164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re: Def. ID# 0408025957 and 0409022646

Dear Mr. Woods:

The Court is in receipt of your Motion for Correction and Credit of an Illegal Sentence filed August 16, 2006. While your motion makes reference to sentences imposed by other courts, this Court only has jurisdiction to review the sentences imposed in Superior Court, Sussex County. Upon review of your motion and the file, I remain satisfied the sentence imposed is not an illegal sentence. Additionally, your claims regarding credit time are denied for the reasons set forth in the Court's letter dated May 10, 2005. Future applications seeking similar relief will not be responded to by the Court.

Your Motion for Correction and Credit of an Illegal Sentence is denied. IT IS SO ORDERED.

Very truly yours,

Richard F. Stokes

RFS:tll

cc:    Prothonotary's Office
       Department of Justice

PAROLE BOARD WILL EXTRADITE

## STATE OF DELAWARE

# BOARD OF PAROLE

---

### WARRANT FOR RETAKING OF PAROLED PRISONER

### TO THE DIRECTOR OF THE DIVISION OF ADULT CORRECTION

.......................... ROBERT WATSON ............................., GREETING:

BE IT KNOWN, that, WHEREAS, a certain DANIEL MARTY WOODS ............
Conspiracy 3rd (M), Trespassing 2nd (M), Burglary 2nd (5
was convicted of Counts), Theft (F), Conspiracy 3rd (M), Theft (M), Unau-
thorized Use of Motor Vehicle
in the .....Superior........................Court....Wilmington, DE...............

and was by said Court sentenced, on the ....4th.......... day of .......August, 1981......., to the

Delaware Correctional Center.............. for a period of 15 Years 3 Months...,

and thereafter, on the ..27th..... day of ............April, 1989....................... the said

DANIEL MARTY WOODS................................ was duly released on parole; and

WHEREAS, there is reasonable cause to believe that the said ..DANIEL MARTY WOODS..............
has violated the terms and conditions of the said parole;

NOW, THEREFORE, the BOARD OF PAROLE OF THE STATE OF DELAWARE, in pursuance of the
authority vested in it by law, does hereby direct that the said DANIEL MARTY WOODS .........
....................................................be taken into custody wherever found, and returned to
the confines of the .....................Delaware Correctional Center..................
there to remain subject to such further Order as may be passed herein.

In Witness Whereof the said

BOARD OF PAROLE has caused the issuance hereof,

and the Seal of the Board of Parole of the State of

Delaware to be hereto affixed, this ..7th..... day of

November, 1989...

By ...................................................
Board Member

TO: STANLY TAYLOR
    COMISSIONER
    245 Mc Kee rd.
    DOVER, DELAWARE
         19977

DATED: 12-6-2006

FR: DANIEL M. WOODS
    # 164728 D.C.C.
    1181 PADDOCK RD.
    SMYRNA, DE.
         19901

        RE:  RECORDS DEPARTMENTS CONTINUED ERRORS OF
             SENTANCES.

DEAR MR. TAYLOR,

            ITS BEEN AN ON GOING PROBLUM WITH THE RECORDS
DEPARTMENT THATS FAILED TO CREDIT ME WITH TIME FOR TIME SERVED
AND ORDERED BY THE COURT.
ALSO IVE BEEN PUT INTO A DUBBLE JEPERDY SITUATION THAT MUST
BE ADDRESSED. I COMPLETED SENTANCES IN THERE FULL MAXIUM TERMS
BUT YET THE RECORDS KEEPS TAKING THE GOOD TIME CREDITS. SIR,
IF THE SENTANCE HAS BEEN SERVED IN THERE FULL MAX TERMS THEN
THERE IS NO GOOD TIME THAT CAN BE TAKEN, YET THAT IS WHATS
BEING DONE IN MY CASE.

RECORDS FOUND THAT THEY MADE AN ERROR 23 YEARS AGO ON ANOTHER
SENTANCE THATS BEEN FULLY MAXED OUT SINCE 1983 BUT WHEN THE
PAROLE BOARD ORDERED THE REMOVAL OF THE GOOD TIME IN 2005
THE RECOURDS SAID THEY FOUND AN ERROR THEY MADE WITH THERE
CALCULATIONS OF MY SENTANCE OF NINE DAYS.

THEY TOOK THAT NINE DAYS AND ADDED IT TO ANOTHER SENTANCE I AM
SERVING NOW 23 YEARS LATER ON A COMPLETELLY DIFFERANT SENTANCE.

THERE ARE SO MENY ERRORS THATS HAPPENED IN MY CASE WITH
THE RECORDS DEPARTMENT THAT I RECEIVE DIFFERANT STATUS
SHEETS ALL THE TIME. ALL THESE ERRORS HAVE BEEN AMITTED TO
BY CINDY WRIGHT OF RECORDS.
I AM REQUESTING YOUR FULL HELP IN THIS MATTER AND TO HAVE ALL
ERRORS CORRECTED AND IF NOTHING IS DONE PLEASE BE ON FULL
NOTICE THAT I WILL BE PROCEEDING IN THE UNITED STATES DISTRICT
COURT.

c.c DISTRICT COURT
    STANLY TAYLOR
    FILE

RESPECTFULLY SUBMITTED

# Certificate of Service

I, DANIEL M. WOODS ,hereby certify that I have served a true

And correct cop(ies) of the attached: SUBMITTED ADMISSIABLE

EVIDANCE OF DOCUMENTS upon the following

parties/person (s):

TO:  CIVIL DEPARTMENT

DEPARTMENT OF JUSTICE

820 N. FRENCH ST.

WILMINGTION, DEL. 19801

TO: DISTRICT COURT

844 N. KING ST. LOCKBOX 18

WILMINGTION, DEL. 19801

TO:

TO:

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this  6  day of Dec. ,200 6



JM Smith 222

SB# 247887 UNIT DIE

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Legal Mail

To: Clerk of The Court
united States District Court
844 N. King St. Lockbox 18
Wilmington De.
19801

Legal Mail