To: United States District Court
844 N. King St. Lockbox 18
Wilm, De. 19801

Fr: Daniel M. Woods
#164728 D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

Date 1-8-07

06-698 (JJF)

FILED
JAN 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SD scanned

Woods v. Taylor et. al. 698

Re: Dismissing Civil action "Without Predjudest", Until plaintiff Can Finish persuing The Case in Court For exhausting proceedures.

Dear Court,
    Could you dismiss plaintiffs action, Resend the order To Business office to Stop any payment and First payment. in Reguards to This Case.
    Plaintiff Needs To Reversal of His Conviction before Seeking damages through Suit.

Respectfully
Daniel M. Woods

IM Daniel M Lebos
SBI# 1664728    UNIT D-EAST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

United States District Court
844 N. King St. Lockbox 18
Wilm, DE
19801