IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL M. WOODS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-698-JJF |
| STANLEY TAYLOR, REPHEAL WILLIAMS, CINDY WRIGHT, BRENDA CALLOWAY, L. SULLIVAN, V. HAYES, P. RITER, C. ESCHERICH, and JANE DOE, | : |
| Defendants. | : |

**ORDER**

WHEREAS, Plaintiff, Daniel M. Woods, a prisoner incarcerated at the Delaware Correctional Center, filed a complaint on November 16, 2006, pursuant to 42 U.S.C. § 1983;

WHEREAS, on January 10, 2007, Plaintiff filed a letter/motion "Dismissing Civil Action Without Prejudice" so that Plaintiff may exhaust his administrative remedies, and which the Court construes as a Motion To Voluntarily Dismiss pursuant to Fed. R. Civ. P. 41(a);

THEREFORE, at Wilmington this 18 day of January, 2007, IT IS ORDERED that:

1. The Motion to Voluntarily Dismiss The Complaint (D.I. 14) is **GRANTED**.

2. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison

business office.

                                                */s/ Joseph J. Farnan, Jr.*
                                    UNITED STATES DISTRICT JUDGE